**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western _____ District of   Missouri _____
(State)

Case number (*If known*): _____   Chapter   11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Interstate Underground Warehouse and Industrial Park, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4 3 _ 1 1 3 0 6 4 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8201        East 23rd Street | |
| Number     Street | Number     Street |
| | P.O. Box |
| Kansas City        MO    64129 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Jackson | |
| County | Number     Street |
| | |
| | City        State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.kcinterstate.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Interstate Underground Warehouse and Industri | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

4   9   3   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.   District _____ When _____ Case number _____
                                          MM / DD / YYYY
         District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.   Debtor _____ Relationship _____
         District _____ When _____
                                          MM  /  DD  / YYYY
         Case number, if known _____

| Debtor | Interstate Underground Warehouse and Industri | Case number *(if known)* _____ |
|--------|-----|-----|
| | **Name** | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 8201 E. 23rd Street

| Number | Street |
|--------|--------|

| Kansas City | MO | 64129 |
|-------------|-----|------|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☑ Yes. Insurance agency    IPFS Corporation

Contact name _____

Phone    866-412-2561

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|--------|---------------|-----------------|
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|--------------|--------------------------|---------------------------|
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Interstate Underground Warehouse and Industri | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [x] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07   01   2021
                MM / DD / YYYY

✖ /s/ Leslie Reeder
Signature of authorized representative of debtor

Leslie Reeder
Printed name

Title    Chief Executive Officer

---

**18. Signature of attorney**

✖ /s/ Pamela Putnam
Signature of attorney for debtor

Date    07   01   2021
        MM  / DD / YYYY

Pamela Putnam
Printed name

Armstrong Teasdale LLP
Firm name

2345    Grand Blvd. Suite 1500
Number    Street

Kansas City
City

MO
State

64108
ZIP Code

816-221-3420
Contact phone

pputnam@atllp.com
Email address

61158
Bar number

MO
State

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| INTERSTATE UNDERGROUND | ) | |
| WAREHOUSE AND INDUSTRIAL PARK, | ) | |
| INC. | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

**<u>VERIFICATION OF CREDITOR MATRIX</u>**

The above-named debtor hereby certifies under penalty of perjury that the attached list containing the names and addresses of creditors (Matrix) is true, correct and complete.


*/s/ Leslie Reeder*
Name: Leslie Reeder
Title:  Chief Executive Officer
*On behalf of the Debtor and Debtor in Possession*

Dated:  July 1, 2021

1501 Condo LLC
9339 Tomashaw Lane
Lenexa, KS 66219

21C Museum
107 E 9th St, Suite 200,
Kansas City, MO 64105

2Fold Supply
13665 E. 42nd Terr, Suite F,
Independence, MO 64055

A Plus Heating and Cooling
9703 E. 20 ST South,
Independence, MO 64052

AAA Moving and Storage
PO Box 23038
Overland Park, KS 66283

ABC Auto
311 NE Parks Edge Place,
Lees Summit, MO 64064

ACE LOCK
11321 E US 40 HWY
INDEPENDENCE MO, 64055

ACE RADIATOR
9304 E US 40 HWY
INDEPENDENCE MO 64055

ACORN PRODUCTS
 P O BOX 461
LIBERTY,  MO  64069

ADVANCE AUTO
7806 E WINNER RD
KANSAS CITY, MO 64125

AFLAC ATTN: REMITTANCE PROCESSING SERVICES
1932 WYNNTON ROAD
 COLUMBUS, GEORGIA  31999-0797

Ahmed Abdelghany
7622 E 90th Street
Kansas City, MO 64138

AIRGAS
PO BOX 734671
DALLAS, TX  75373-4671

Alan Bitterman
12624 Glenwood
Overland Park, KS 66209

Alan Robinson II
9005 Manning Ave,
Raytown, MO 64138

Aliff Construction
1100 NE 45th Street,
Kansas City, MO 64116

All Environmental, Inc.
11756 Borman Dr. Ste. 200
St. Louis, MO 63146

ALLPRO AUTO & COLLISION
1100 S. STERLING
INDEPENDENCE, MO 64054-1651

AMERIGAS
P O BOX 660288
DALLAS, TX 75266-0288

Amina Ricca
2980 Baltimore St. #2201
Kansas City, MO 64108

Andy Brown
13426 Wood River
Kearney, MO 64060

Angelica Svendsen
26104 E. 227th Street
Harrisonville, MO 64701

Anthony Mange
PO Box 413134,
Kansas City, MO 64111

Ashley Morgan
2980 Baltimore Ave. #2305
Kansas City, MO 64108

AVID COMMUNICATIONS LLC
PO BOX 414800
KANSAS CITY, MO 64141

BACHKORA & ASSOCIATES
7608 RAYTOWN RD
RAYTOWN, MO 64138

BAKER STERCHI COWDEN & RICE
SUITE 500 2400 PERSHING ROAD
KANSAS CITY MO 64108

Batliner
P O BOX 856651
MINNEAPOLIS, MN 55485-6651

BB Machine Tool LLC
1701 SW Timberline Rd.
Oak Grove, MO 64075

BDR Guttering
326 Ash Ave.
Independence, MO 64053

Bell Masonry
4121 W. 83rd St, #151
 Prairie Village, KS 66208

Bess Lamoreaux
5924 Charlotte St.
Kansas City, MO 64110

BEST BATTERIES, LLC
1112 SWIFT AVENUE
NORTH KANSAS CITY, MO  64116

Bird's Botanicals
1404 SW 24th Street
Blue Springs, MO 64015

BLACK & MCDONALD
6001 E. FRONT ST
KANSAS CITY, MO  64120

Blast Inc.
8201 E. 23rd Street
 Kansas City, MO 64129

BODINE-ASHNER BUILDERS LEGACY, LLC
 13401 MISSION ROAD
 LEAWOOD, KS 66209

Brad Zelfer
17311 East US Hwy 40 Lot A42
Independence, MO 64058

BUKATY COMPANIES
4601 COLLEGE BLVD
STE 100
LEAWOOD, KS 66211

BUSINESS BY PROMOTION
923 NE WOODS CHAPEL RD #170
 LEE'S SUMMIT, MO 64064

C.E.S.
13665 E 42ND TERR  S  STE C
INDEPENDENCE, MO 64055

CADRE TECHNOLOGIES
P O BOX 809275
CHICAGO, IL  60680-9275

CAMILLE EKLOF
5006 LOCUST ST.
SMITHVILLE, MO 64089

Candyman Services
800 SE Hocker Court
 Lees Summit, MO 64081

Cargill Global Business Services
PO Box 6034
 Fargo, ND 58108

Carpenter Vending Service
1449 Outer Road, Lot #15
 Bates City, MO 64011

CBD INVESTMENTS, LLC
UNIT 805 4740 ROANOKE PARKWAY
KANSAS CITY, MO 64112

CDS
9095 Bond Street
 Overland Park 66214

Central Missouri Reload
PO Box 268
 Blue Springs, MO 64013

CENTURY TECHNOLOGY
12317 Rosewood Overland Park,
KS  66209

CHARLES D. JONES COMPANY
P O BOX 9010
SHAWNEE MISSION, KS  66201-1610

Charles Ellis
7706 52nd Terr
 Kansas City, MO 64129

Chartity Thrift Mart
829 W Clark St
Bartlett, TX 76511

CHEMICAL SPECIALTIES, INC
PO BOX 27095
OVERLAND PARK, KS  66205

Christopher Elbow Chocolates
1819 McGee Street
Kansas City, MO 64108

CIT
21146 NETWORK PLACE
CHICAGO IL 60673-1211

Citizen's Bank & Trust
8405 N. Oak Trafficway
Kansas City, MO 64153

CITY OF KANSAS CITY MISSOURI
P O BOX 801751
KANSAS CITY, MO 64180-1751

City of Kansas City, Missouri
414 E. 12th Street
Kansas City, MO 64106

CITY TREASURER FIRE PREVENTION DIVISION
635 WOODLAND AVE, SUITE 2103
KANSAS CITY, MO  6416

CLAYCO ELECTRIC
319 E 11TH AVE NORTH
KANSAS CITY, MO  64116

Clean Solutions Janitorial Supplies
PO Box 27095
Overland Park, KS 66225

CLEAN SOLUTIONS JANITORIAL
PO BOX 27095
OVERLAND PARK, KS  66225

Cliff Rush
19170 East Yocum Rd.
Independence, MO 64058

Clinton Todd
80 Park Plaza
Lexington, MO 64067

COLEMAN EQUIPMENT INC.
15905 E 23rd ST
INDEPENDENCE MO 64055

COPY-RITE
4004 STERLING
KANSAS CITY, MO  64133

Craig D. Hill
2011 W. 162nd Terr
Stilwell, KS 66085-8426

CROWN PACKAGING
17854 CHESTERFIELD AIRPORT RD
CHESTERFIELD, MO  63005

Curtis Koons
1900 Mersington Ct.
Kansas City, MO 64127

CUSTOM REFRIGERATION SOLUTIONS
712 SW 6TH STREET
 LEE'S SUMMIT MO. 64081

Custom Cabinets
12205 E 46th Terr
Independence, MO 64055

Cyrus Contractor
9339 Tomashaw Lane
Lenexa, KS 66219

DAVE NETZ
18204 E. 18TH TERR N.
 INDEPENDENCE, MO  64058

David Young
901 NE Sunshine Ct
Lees Summit, MO 64064

DAY STAR
PO BOX 34648 N.
KANSAS CITY, MO  64116

DELTA DENTAL
P.O. BOX 790320
ST LOUIS, MO  63179

DELTA VISION
P O BOX 8510
ST LOUIS, MO 63126-0510

Diversified Avacado Products
3 Eastridge
 Coto De Caza, CA 92679

Division of Fire Safety
P O Box 1421
Jefferson City, MO  65102

Dollars For U
3623 W. 76th St
 Prairie Village, KS 66208

DOOR SYSTEMS
507 SW LEA DRIVE
LEE'S SUMMIT, MO 64081

Doug Hauser DBA KC Classic Cars
1712 NE 113th Street
 Kansas City, MO 64155

Doug Hecker
1833 Wellesley Ct
 Liberty, MO 64068

Drew Kimmell
8252 E. Panama Rd
 Nevada, MO 64772

E3 HR, INC
121 SUMMIT AVE  STE 201
SUMMIT, NJ 07901

ELECTRIC SERVICE COMPANY
1720 KANSAS STREET
KANSAS CITY, MO  64127

EMPLOYEE FIDUCIARY, LLC
P O BOX 3144
MOBILE, AL  36652

ENCORE PROPANE - KANSAS CITY
7440 NW River Park DR
Parkville, MO  64152

Engel Motors
6633 Truman Road
 Kansas City, MO 64126

Erazo Enterprises
17823 Greentree Ave
 Independence, MO 64057

Eric Schulte
2940 Baltimore Ave. #1503
Kansas City, MO 64108

EVERGY-MAIN
P O BOX 219330
KANSAS CITY, MO 64121-9330

Extrusions
PO Box 430
 Ft. Scott, KS 66701

FASTENAL COMPANY
PO BOX 978
WINONA, MS  55987-0978

FED EX
PO BOX 94515
PALATINE,IL  60094-4515

FLOYD ANDERSON C/O PETE SMITH MCDOWELL RICE
605 W 47ST, SUITE 350
KANSAS CIY, MO  64112

FNBO
P O BOX 2818
OMAHA, NE 68103

Fresh Start Natural Foods, Inc.
PO Box 4730
 Foster City, CA 94404

Friends of Yates
1418 Garfield Ave
 Kansas City, KS 66104

Gary Sisk
7996 Johnson Dr.
Odessa, MO 64076

GRAINGER DEPARTMENT 804739530
PO BOX 419267
KANSAS CITY, MO  64141

Great Western Bank
225 S. Main Ave.
Sioux Falls, SD 57104

GRP LLC
3141 Topping Ave
 Kansas City, MO 64129

GUARDIAN
P O BOX 677458
DALLAS, TX 75267-7458

H & W FORKLIFT
7405 EAST 12TH STREET
KANSAS CITY, MO  64126

H W FORKLIFT
7405 E 12TH ST
KANSAS CITY, MO  64126

HAMPEL OIL, INC.
PO BOX 12346
WICHITA, KS  67277

HARBOR FREIGHT TOOLS
4368 SOUTH NOLAND ROAD
INDEPENDENCE MO. 64055

HARTFORD
P O BOX 660916
DALLAS, TX 75266-0916

HEARTLAND
ONE HEARTLAND WAY
JEFFERSONVILLE, IN 47130

Heavy Metal Industries
4623 Ridgeway Ave
 Kansas City, MO 64133

Henrik Svendsen
26104 E. 227th Street
Harrisonville, MO 64701

HEUBEL RAYMOND
P O BOX 870975
KANSAS CITY, MO  64187-0975

HOOK N HAUL DUMPSTERS
704 HARRINGTON ST
DEARBORN, MO  64439

Hubal Express LLC
PO Box 34794
 Kansas City, MO 64116

HUMANA INSURANCE CO
P.O BOX 4600
CAROL STREAM, IL 60197-4600

Ian G. Young
2980 Baltimore Ave. #2105
Kansas City, MO 64108

Idredge
PO Box 1286
Louisburg, KS 66053

IMAGE QUEST
11106 STRANG LINE ROAD
LENEXA, KS  66215

IMB EL LLC/FAO John Norman
11 Madison Ave, 17th Floor
 New York, NY 10010

Ime O Ette
1609 Wickford Drive
 Arlington, TX 76018

INDEPENDENCE HYDRAULICS
7375 Northern Blvd.
Independence, MO 64053

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IPFS
24722 Network Place
Chicago, IL  60673-1247

Jack Bilt Corp
8201 E. 23rd Street
 Kansas City, MO 64129

Jack-bilt
8201 E. 23rd st  Dock 22
Kansas City, MO  64129

JACKSON COUNTY COLLECTOR
P O BOX 219747
KANSAS CITY, MO 64121-9747

James Wilson
4216 W. 73rd Terrace
Prairie Village, KS 66208

JDI Concrete
PO Box 25432
 Kansas City, MO 64119

Jim Shockey
604 East 23rd St. South
Independence, MO 64055

Jim Voelk
16901 SE MM Hwy
Dearborn, MO 64439

JIMCO PRODUCTS INC
101 JIMCO DRIVE
HOLLISTER, MO  65672

Joe Gicinto
4507 W. 90th
 Prairie Village, KS 66207

John Carnes
222 West Maple Ave.
Independence, MO 64050

John Hersma
933 MCGee #102
 Kansas City, MO 64106

JOHNSON CONTROLS
P O BOX 371967
PITTSBURGH, PA 15250-7967

JOHNSON CONTROLS FIRE PROTECTION
11019 Strang Line Rd.
Lenexa, KS 64129

JOHNSTONE SUPPLY
1760 W 29TH STREET
KANSAS CITY, MO  64108

Jonathan Elliot
5090 Glinnside Dr
 Kansas City, MO 64129

Jonathan Justus, Justus Drugstore
 5006 Locust St.
Smithville, MO 64089

Justus Drugstore
5006 Locust
 Smithville, MO 64089

K C BOBCAT
1450 S E US 40 HWY
BLUE SPRINGS, KS 64104

K C WATER SERVICES
P O BOX 807045
KANSAS CITY, MO  64180-7045

K D FASTENER
P O BOX 28252
GLADSTONE, MO 64188

KAV Service c/o Ken-A-Vision
5615 Raytown Rd
 Kansas City, MO 64133

KC Cold Storage
8201 E. 23rd Street
Kansas City, MO 64129

KC Munchies
21205 W. 181 Terr
Olathe, KS 66062

KC MUNCHIES, LLC
1007 SE DOVER DRIVE
LEES SUMMIT, MO 64081

KC Raceware
5025 Rosewood Dr
Roeland Park, KS 66205

KCMO City Treasurer
Finance Dept
P.O. Box 801751
Kansas City, MO  64180-1751

KCMO WATER - 193-8
P O BOX 807045
KANSAS CITY, MO 64180-7045

KCMO WATER
P O BOX 807045
KANSAS CITY, MO  64180-7045

KCMO WATER SERVICES
P.O. BOX 219896
KANSAS CITY, MO  64121-9896

KCMO WATER SERVICES
PO BOX 807045
KANSAS CITY MO  64180-7045

KD FASTENER
PO BOX 28252
KANSAS CITY, MO  64188

KD Supplies
200 Prairie Rose Circle
Smithville, MO 64089

Kelly and Peter Loughead
6300 McCarran St 1099
Las Vegas, NV 89081

Ken-A-Vision
5615 Raytown Rd, Kansas City, MO 64133

Kenneth Cassway
10610 E. 43rd St
Kansas City, MO 64133

Kevin Tee
311 Emmanuel Cleaver II Blvd
Kansas City, MO 64112

Kimberly Benson1
7713 Dakota Drive
Independence, MO 64056

King Towing
10811 E. 27th St
 Independence, MO 64052

KLEMP ELECTRIC
739 CENTRAL AVE
KANSAS CITY,KS 66101

KLINE VAN AND SPECAILTY RENTAL, LLC
 1503 WASHINGTON ST.
CHILLICOTHE, MO 64601

Larry Lurks/Mobile Enterprises LLC
5608 College
 Kansas City, MO 64130

LARRY MCCUBBIN
1004 OAKVALE
HARRISONVILLE, MO 64701

LARRY WEILERT
 CUSTOM SLEEP CENTER
11315 E. 40 HIGHWAY
 INDEPENDENCE, MO 64055

LIFT TRUCK SALES & SERVICE, INC.
 2720 NICHOLSON
 KANSAS CITY, MO  64120

Lori Lee
538 Sarah Lane
 Liberty, MO 64068

M and R Auto
6600 Blue Parkway, Lot D11
 Kansas City, MO 64129

MANAGER OF FINANCE
PO BOX 219747
KANSAS CITY, MO  64121-9747

Mark Nelson
1310 E. 104th St. Ste. 300
Kansas City, MO 64131

MARMIC FIRE & SAFETY CO. INC
P O BOX 1939
 LOWELL, AR  72745

MARTIN LEIGH ATTORNEYS
SUITE 410 2405 GRAND BLVD
 KANSAS CITY, MO 64108

MARTIN MECHANICAL
1419 E 19TH ST
KANSAS CITY, MO  64108

MARTIN, LEIGH, LAWS & FRITZLEN
400 PECK'S PLAZA
KANSAS CITY, MO  64105

MATHESON TRI-GAS INC
6000 E FRONT ST
KANSAS CITY, MO  64120

MCDOWELL, RICE, SMITH SKELLY
BLDG 605 W 47TH ST  SUITE 350
KANSAS CITY, MO  64112-1900

Michael Brady
16845 W. 161st Terr
 Olathe, KS 66062

MID-STATES SUPPLY COMPANY, INC.
PO BOX 804482
KANSAS CITY, MO  64180

MIDWEST EMERGENCY MEDICAL SERV
P O BOX 11157
KANSAS CITY, MO 64119-0157

MIDWEST POWER INDUSTRIES
 2103 Forest Ave
Kansas City, MO  64108

Missouri Department of Revenue
Harry S. Truman State Office Building
301 West High Street
Jefferson City, MO 65101

Missouri Northern Pecan Growers LLC
3011 E. Austin Blvd
 Nevada, MO 64772

MO DEPT OF HEALTH AND SENIOR SERVICES
 912 WILDWOOD
 PO BOX 570
 JEFFERSON CITY, MO 65102

MO DEPT OF REVENUE
PO BOX 840
JEFFERSON CITY, MO  65105

MO DEPT. OF REVENUE
PO BOX 3390
JEFFERSON CITY, MO  65105-3390

MO. DEPT. OF REVENUE
TAXPAYER SERVICES BUREAU
PO BOX 385 JEFFERSON CITY, MO  65105

MODERN FIRE SAFETY
212 W 72ND STREET
KANSAS CITY, MO  64114


Moharam Wahed
11814 W. 100th Terrace
Overland Park, KS 66214

MR. TIRES
8631 EAST 24 HIGHWAY
KANSAS CITY, MO  64125

MTAC Companies c/o Aaron Heilman
7300 W. 101st St
 Overland Park, KS 66212

MUNICIPAL COURT 16th Judicial Circuit
 P O BOX 219381
KANSAS CITY, MO 64121-9381

MVB Meat Co.
9516 Belleview Ave
 Kansas City, MO 64114

MY DUMPSTER GUY LLC
709 MAIN ST
GRANDVIEW, MO  64030

NEENAN COMPANY
P O BOX 300408
KANSAS CITY, MO 64130

NEENAN COMPANY
PO BOX 300408
KANSAS CITY MO 64130

Newlywed Foods
PO Box 39357
 Chicago, IL 60639

NORTH KANSAS CITY HOSPITAL
P O BOX 504654
ST LOUIS, MO 63150

OFFICE DEPOT, INC
PO BOX 633211
CINCINNATI, OH  45263-3211

Office of the United States Trustee
400 East 9th Street, Room 3440
Kansas City, MO 64106

One Hour Carpet
PO Box 7442
 Shawnee Mission, KS 66207

OPTIMA LLC
12424 W 62 TERR
SHAWNEE, KS 66216

Park Reserve HOA
PO Box 677
Lees Summit, MO 64081

PAUL L. HILPMAN
3204 NW KAREN ROAD
 KANSAS CITY, MO 64151

PAYCHEX, INC
13160 FOSTER STREET. STE 130
OVERLAND PARK, KS  66213

PDF Architectural Group
3199 Mercier St
 Kansas City, MO 64111

Perfect Drywall
5207 Overton Circle
 Kansas City, MO 64133

Perishable Distribution of Iowa
2741 SE PDI Place
 Ankeny, IA 50021

PETE MEDINA NOVA TECH
1016 S E HAMBLEN RD  #7
 KANSAS CITY, MO  64081

PHILIP KLAWUHN
SUITE 100 10150 N AMBASSADOR DRIVE
 KANSAS CITY, MO 64153

Pioneer Village
1519 6th Street
Bakersfield, cA 93304

Pitney Bowes Global Financial Services
PO BOX 371874
Pittsburgh, PA  15250-7887

PITNEY BOWES RESERVE ACCOUNT
PO BOX 952856
ST. LOUIS MO  63195

PITNEY BOWES-PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY  40285

PRAXAIR DEPT
1608 Holmes Street
Kansas City, MO 64108

PRESTO X
PO BOX 13848
READING, PA 19612-3848

Pro Foundation
8201 E. 23rd St.
Kansas City, MO 64108

Q10 CAPITAL SERVICING LLC
111 SOUTH MAIN  STE 1600
SALT LAKE CITY, UT  84111

QAS Vending
11415 Minor Drive
Kansas City, MO 64114

QB Management LLC
3800 Fremont Ave
Kansas City, MO 64129

Quest Development
2301 8th Ave NE #120
Aberdeen, SD 57401

QUITMEIER LAW FIRM
10150 Ambassador Dr. Ste. 100
Kansas City, MO 64153

RC-N-1 Inc.
PO Box 2191
Independence, MO 64055

RDS EQUIPMENT INC
3415 BLUE RIDGE CUTOFF
INDEPENDENCE, MO 64055

REARDON PALLET COMPANY INC
P O BOX 25610
KANSAS CITY, MO 64102-5610

RECLAMATION TECHNOLOGIES
10005 FLANDERS COURT NE
BLAINE, MN 55449

Reclamation Technologies
10005 Flanders Ct NE
Blaine, MN 55449

REDDI SERVICES KC
4011 BONNER INDUSTRIAL DR
SHAWNEE KANSAS 66226

REEVES-WIEDEMAN CO
3635 MAIN ST
KANSAS CITY, MO 64111

Refreshments LLC/Spatula Central
1450 W. Geo Space Dr.
Independence, MO 64056

REFRIGERANTS, INC
2575 WEST BABERRY PLACE
DENVER, CO 80204

Renew Wireless Inc.
7111 W. 151st St, #352
Overland Park, KS 66223

REPUBLIC SERVICES
PO BOX 9001099
LOUISVILLE, KY  40290-1099

Resolution Re-Use
9320 E. 27th St South
 Independence, MO 64052

Restoration Spanish Translations Inc.
2500 S. Seminole Dr
 Independence, MO 64057

Richard Coffie
700 Shawnee
 Leavenworth, KS 66048

RICHARD TURNER
1519 6TH ST
BAKERSFIELD, CA 93304

RMH SYSTEM
P.O BOX 3251
OMAHA, NE 68103-0251

Robert Stout
827 S. Home Ave
 Independence, MO 64053

Robert Taylor
118 W. 52 Street
Kansas City, MO 64112

Roderick Reed
11320 Indiana
 Kansas City, MO 64137

ROLL EASY DOOR
2922 TERRACE STREET
KANSAS CITY, MO  64108

Royal Bedding
7415 NO Liberty St
 Kansas City, MO 64118

RUSH CREEK PROPERTIES
SUITE 111 17815 FOSTER RD
LIBERTY, MO  64068

Saab Doctor
1908 NW Harbor Place
Blue Springs, MO 64015

SAC River Construction
211 S. Beach
 Appleton City, MO 64724

Sam Mulla
12120 State Line Road
 Leawood, KS 66209

Sammy Jo Reeder
7515 Gibralter
Carlsbad, CA 92009

SAMS CLUB
4100 South Bolger Road
Independence, MO 64055

SCC Inc
PO Box 860730
Shawnee, KS  66286-0730

Schlee Huber McMullen Mcarthy Hansen
4050 Pennsylvania, # 300
 Kansas City, MO 64171

Schreifels Enterprises LLC
4405 NE 103rd CT
Kansas City, MO 64156

Sea Fare Foods Corp
3073 Oakraider Dr
 Alamo, CA 94507

SERVICEMASTER DSI
2400 WISCONSIN AVE
DOWNER'S GROVE, IL  60515

SHAWNEE COPY CENTER
PO BOX 3915
SHAWNEE, KS  66203-0915

SHERWIN WILLIAMS COMPANY
8602 EAST 63RD STREET
KANSAS CITY, MO  64133

SHOPPA MID AMERICA
1301 N. CORRINGTON AVE.
KANSAS CITY, MO  64120

Show Me Fundraising
2111 Shelby St
Higginsville, MO 64037

Sipcam Agro USA Inc
2525 Meridian Pkwy, #350
Durham, NC 27713

SIR Fabricators
17 NW 86th Terr
Kansas City, 64155

SPRINT
PO BOX 4181
CAROL STREAM, IL  60197-4181

STACY ROBINSON
32130 HARBORVIEW LANE
WESTLAKE VILLAGE, CA 91361

Star Companies
PO Box 1963
Lees Summit, MO 64063

STATE FARM INSURANCE
PO BOX 680001
DALLAS, TX 75368-0001

Steve Blades
3405 Baltimore Ave
Kansas City, MO 64111

Steve Mosley
18409 Hanthorn Ave
Independence, MO 64057

Steve Wells
902 W. Liberty Drive, Ste B
Liberty, MO 64068

Stream Lake and Wetlands Solutions
PO Box 1286
Louisburg, KS 66053

Structurflex
414 Oak St, Suite 101
Kansas City, MO 64106

Summit Boats and Gear
1012A NE Jib Ct,
 Lees Summit, MO 64064

SUTHERLAND LUMBER CO.
6709 BLUE RIDGE BLVD
RAYTOWN, MO  64133

TAO LI
6122 E. 129th St,
 Grandview, MO 64030

The Redwood Group
5920 Nail Ave. #400
Mission, KS 66202

THE WALDINGER CORPORATION
1800  E LEVEE STREET NORTH
KANSAS CITY, MO  64116-4405

TIRE CENTERS, INC
4421 GARDNER AVE
KANSAS CITY, MO  64120

TOMPKINS INDUSTRIES
75 REMITTANCE DRIVE SUITE 6210
CHICAGO, IL 60675-6210

Tony Gurley
14507 E. 40th St South
 Independence, MO 64055

TRIAD CAPITAL ADVISORS
ATTN: LYNETTE CHASTAIN
4400 SHAWNEE MISSION PARKWAY SUITE 209
SHAWNEE MISSION, KS  66205

TYCO INTEGRATED SECURITY
PO BOX 371967
 PITTSBURG, PA 15250-7967

U-HAUL
4312 S NOLAND RD
INDEPENDENCE, MO 64055

ULINE
P O BOX 88741
CHICAGO, IL 60680-1741

VAC- CON Services d/b/a Red Equipment Co
5206 E. 9th St
 Kansas City, MO 64124

Vino Leonardo Imports
8201 E. 23rd Street
 Kansas City, MO 64129

Vogler & Associates, LLC
11756 Borman Dr.
St. Louis, MO 63146

Wakarusa Valley Farm
965 E. 1000 Rd,
Lawrence, KS 66047

Wal-Mart Stores East LP
5100 Brookhart Drive
 Harrisonville, MO 64701

Warehouse-Lighting.com Inc
 615 South 89th ST
Milwaukee, WI  53214

Wayne Reeder
600 E. Admiral Blvd. #2001
Kansas City, MO 64106

Woodmen of the World
Q10 Triad Capital Advisors
4622 Pennsylvania Ave. Ste. 810
Kansas City, MO 64112

Woople
400 N. Missouri St
 Liberty, MO 64068

YARDI SYSTEMS, INC
P O BOX 82572
GOLETA, CA  93118-2572

YELLOW FREIGHT
PO BOX 730333
DALLAS, TX  75373

ZEP SALES & SERVICE
13237 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Fill in this information to identify the case:

Debtor name __Interstate Underground Warehouse and Industrial Park, Inc.__

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MISSOURI**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Citizens Bank & Trust 8405 N. Oak Trafficway Kansas City, MO 64153 | Kenneth Roberson 816-459-4038 kroberson@cbtmail.com | loans | D, C | | | $8,000,000.00 |
| 2 | CCC Capital 9339 Tomashaw Lane Lenexa, KS 66219 | Cyrus Contract 913-208-7950 cyrus@nanocoat.us | Trade | D | | | $881,000.00 |
| 3 | Angelica Svendsen 26104 E. 227th Street Harrisonville, MO 64701 | Angelica Svendsen 816-317-5920 | Trade | D | | | $440,000.00 |
| 4 | IPFS PO Box 419090 Kansas City, MO 64141 | | Insurance | C | | | $191,000.00 |
| 5 | Philip A. Klawuhn & Associates 10150 N. Ambassador Dr. Ste. 100, Kansas City, MO | Phil Klawuhn 816-891-6688 phil@philklaw.com | Legal fees | D | | | $80,000.00 |
| 6 | Eugene Trope 12121 Wilshire Blvd, #1325, Los Angeles, CA 90025 | | loans | D | | | $69,000.00 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Baker Sterchi Cowden Rice, 2400 Pershing Rd, Ste 500, Kansas City, MO 64108 | | Legal fees | D | | | $34,000.00 |
| 8 | Pioneer Village 1519 6th Street Bakersfield, CA 93304 | Richard Turner, 805.829.6683, pioneervillage2002@yahoo.com | Trade | D | | | $30,000.00 |
| 9 | CBD Inc., 11632 Grandview Road Kansas City, MO 64137 | Paul Snyder, 913.948.7470, psnyder@snyderlawfirmlllc.com | Trade | D,C,U | | | $28,000.00 |
| 10 | Lion's Plumbing 2115 Belleview Kansas City, MO 64108 | Adam Leon, 816.215.3921, lionsplumbingkc@gmail.com | Professional services | D | | | $21,000.00 |
| 11 | McDowell Rice Smith Buchanan 605 W 47th St, Ste 350 Kansas City, MO 64112 | Tracy Rich, 816.753.5400, trich@mcdowellrice.com | Legal fees | D | | | $19,000.00 |
| 12 | Service Master 2400 Wisconsin Ave. Downers Grove, IL 60515 | | Professional services | C | | | $9,950.00 |
| 13 | Custom Refrigeration Solutions 24004 Poindexter Rd. Lees Summit, MO 64086 | Terry Williams, 816.287.5422, thw@crs-kc.com | Professional services | C | | | $6,000.00 |
| 14 | Sutherlands 6700 Blue Ridge Boulevard Raytown, MO 64133 | | Line of credit | D, C, U | | | $5,000.00 |
| 15 | Marks Nelson CPA 1310 E 104th St, Ste 300 Kansas City, MO 64131 | Christine Johnston, 816.743.7700, cjohnston@marksnelsoncpa.com | Professional services | D | | | $3,400.00 |
| 16 | Pitney Bowes Purchase Power PO Box 371874 Pittsburgh, PA 15250 | | Professional services | C | | | $2,613.93 |
| 17 | Marmic Fire & Safety Co. PO Box 1086 Joplin, MO 64802 | 888-452-7642 | Services | C | | | $2,164.40 |
| 18 | Presto X 4106 NW Riverside St. Riverside, MO 64150 | pxkansascity@prestox.com | Services | C | | | $1,748.00 |
| 19 | Johnson Controls PO Box 371967 Pittsburgh, PA 15250 | | Services | C | | | $883.42 |

| 20 | CIT<br>21146 Network Place<br>Chicago, IL 60673 | | Services | C | | | $754.84 |
|---|---|---|---|---|---|---|---|

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:                                      )   Case No. 21-
                                            )   Chapter 11
INTERSTATE UNDERGROUND                      )
WAREHOUSE AND INDUSTRIAL PARK,              )
INC.                                        )
                     Debtor.                )
                                            )
                                            )
                                            )
                                            )

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business | Number of Securities | Kind of Interest |
|---|---|---|
| **Sammy Jo Reeder**<br>**7515 Gibralter**<br>**Carlsbad, CA 92009** | **100%** | **Common stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **July 1, 2021**                    Signature: ***/s/ Leslie Reeder***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In re:                                          )      Case No.
                                                )      Chapter 11
INTERSTATE UNDERGROUND                          )
WAREHOUSE AND INDUSTRIAL PARK,                  )
INC.                                            )
                        Debtor.                 )
                                                )
                                                )
                                                )

## CORPORATE OWNERSHIP STATEMENT

      Pursuant to 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

⊙     There are no corporations that directly or indirectly own 10% of more of any class of the debtor's equity interest.


                 */s/ Leslie Reeder*
                 Name: Leslie Reeder
                 Title:   Chief Executive Officer
                 *On behalf of the Debtor and Debtor in Possession*

                 Dated:  July 1, 2021

**Fill in this information to identify the case:**

Debtor name ___ Interstate Underground Warehouse and Industrial Park, Inc. ___

United States Bankruptcy Court for the: ___Western_____    District of ___Missouri___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                     $ 100.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Central Bank of the Midwest | Checking | 3 9 2 4 | $ 52,625.00 |
| 3.2. | Central Bank of the Midwest | Checking | 7 1 6 1 | $ 28,089.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $ 0.00 |
| 4.2. | _____ | $ 0.00 |

5. **Total of Part 1**                                                                  $ 80,814.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor  Interstate Underground Warehouse and Industrial Park, Inc.   Case number _(if known)_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.  Armstrong Teasdale LLP _____   $  100,000.00 _____

8.2. _____   $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    $  100,000.00

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    5,771.85 _____  –  0.00 _____  = ........➔   $  5,771.85 _____
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:      0.00 _____  –  0.00 _____  = ........➔   $  0.00 _____
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                $  5,771.85

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

15.1.  See Attached list _____   _____%   _____   $_____

15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                   $_____

Debtor   Interstate Underground Warehouse and Industrial Park, Inc.   Case number *(if known)*_____

Name

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Interstate Underground Warehouse and Storage Park, Inc    Case number _(if known)_____
              Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | estimate | $ 15,000.00 |
| 40. **Office fixtures** | $_____ | estimate | $ 5,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | estimate | $ 20,000.00 |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | N/A | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 40,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Interstate Underground Warehouse and Industrial Park, Inc.    Case number *(if known)*_____
          Name

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2019 Ford Edge | $ 26,300.00 | Kelley Blue Book | $ 26,300.00 |
| 47.2  2019 Ford Van Transit | $ 15,000.00 | Kelley Blue Book | $ 15,000.00 |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1  N/A | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1  N/A | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Warehouse equipment | $ 25,000.00 | estimate | $ 25,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 66,300.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor  Interstate Underground Warehouse and Industrial Park, Inc.          Case number *(if known)*_____
        Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 8201 E. 23rd Street, Kansas City, MO | 100% | $_____ | previous tax returns | $ 3,268,000.00 |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 3,268,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor   Industrial Underground Warehouse and Business Park, Inc.   Case number *(if known)*_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                                                  Current value of
                                                                                  debtor's interest

71. **Notes receivable**
Description (include name of obligor)
_____   _____ − _____ = ➜  $_____
                           Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Potential lawsuit against Cincinnati Insurance Company   $_____
Nature of claim   Breach of Contract
Amount requested   $ unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____   $_____
Nature of claim   _____
Amount requested   $_____

76. **Trusts, equitable or future interests in property**
_____   $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____   $_____
_____   $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor    Interstate Underground Warehouse and Industrial Park, Inc.    Case number *(if known)*_____
       Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 80,814.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 100,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 5,771.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 66,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................ ➔ | | $ 3,268,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 292,885.00 | + 91b. $ 3,268,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................    $ 3,560,885.00

**Interstate Underground Warehouse and Industrial Park**
**Schedule A/B- Part 4-No. 15 List of Interests**

| ENTITY | OWNERSHIP | DESCRIPTION |
|---|---|---|
| *Interstate Underground Warehouse LLC | IUW 100% | Weld Wheels, 4 building complex Union & Mulberry Sts. KCMO |
| *The View at WB LLC | IUW 100% | Owns historic tax credits for Weld |
| *Park Reserve LLC | IUW 100% | Park Reserve Condominiums 31st & Baltimore KCMO |
| West Wyoming LLC | IUW 100% | 911 Wyoming St. KCMO - sold 10/15/2018 |
| *Seven at KC LLC | IUW 100% | Royal Hotel, Excelsior Spr. MO sold 7/2020 & 3515 Euclid KCMO |
| *Harrisonville Senior Care Center LLC | IUW 100% | 1800 E. Mechanic St, Harrisonville, MO |
| *Scarritt Bldg & Scarritt Arcade Bldg LLC | IUW 100% | 819 Walnut & 818 Grand KCMO - sold 8/10/2018 |
| *Nine at KC LLC | IUW 100% | 5410 E. 23rd St, KCMO - sold 6/17/2020 |
| *Interstate Self Storage LLC | IUW 100% | 8201 E. 23rd Street, KCMO |
|  |  |  |
| * is for active LLCs |  |  |
|  |  |  |

**Fill in this information to identify your case:**

Debtor 1    Interstate Underground Warehouse and Industrial Park, Ir
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   Western District of Missouri
District of

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Woodmen of the World<br>Creditor's Name<br><br>6666 W. 110th St.<br>Number        Street<br><br>Leawood        KS    66211<br>City        State    ZIP Code | Describe the property that secures the claim: | $ 2300000.00 | $ | $ |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2.2** Floyd Anderson<br>Creditor's Name<br><br>700 W. 31st Street<br>Number        Street<br><br>Kansas City        MO    64108<br>City        State    ZIP Code | Describe the property that secures the claim: | $ 3700000.00 | $ | $ |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 6,000,000.00

Debtor 1 _____     Case number (if known)_____
First Name        Middle Name        Last Name

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number       Street | |
| City                State       ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number       Street | |
| City                State       ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number       Street | |
| City                State       ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number       Street | |
| City                State       ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number       Street | |
| City                State       ZIP Code | |

| | On which line in Part 1 did you enter the creditor? _____ |
|---|---|
| Name | Last 4 digits of account number ___ ___ ___ ___ |
| Number       Street | |
| City                State       ZIP Code | |

of 71

**Fill in this information to identify your case:**

Debtor 1    Interstate Underground Warehouse and Industrial Park, Inc.
            First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name              Last Name

United States Bankruptcy Court for the:  Western District of Missouri
                                         District of

Case number _____
(If known)

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
    each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
    nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
    unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | Priority Creditor's Name<br><br>Number       Street<br><br>City                  State       ZIP Code<br><br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | Last 4 digits of account number ___ ___ ___ ___<br><br>**When was the debt incurred?**  _____<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $_____ | $_____ | $_____ |
| **2.2** | Priority Creditor's Name<br><br>Number       Street<br><br>City                  State       ZIP Code<br><br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | Last 4 digits of account number ___ ___ ___ ___<br><br>**When was the debt incurred?**  _____<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | $_____ | $_____ | $_____ |

Debtor 1 _____   Case number (if known)_____
          First Name   Middle Name   Last Name

Interstate Underground Warehouse and Industrial Park

---

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1** See Attached List of Creditors

Nonpriority Creditor's Name

_____
Number        Street

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$ 9,877,450.26- -

---

**4.2** _____

Nonpriority Creditor's Name

_____
Number        Street

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

---

**4.3** _____

Nonpriority Creditor's Name

_____
Number        Street

_____
City                State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

---

Debtor 1 _____ Interstate Underground Warehouse and Industrial Park, Jr _____ Case number (if known)_____
First Name    Middle Name    Last Name

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Name _____

Number    Street _____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1 _____    Case number (if known)_____
         First Name    Middle Name    Last Name

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 9,877,450.26 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 9,877,450.26 |

Interstate Underground Warehouse and Industrial Park, Inc.
Schedule E/F Exhibit` List of Unsecured Creditors

| Unsecured creditors | Address | Basis for Claim | Disputed | Contingent | Unliquidated | Total |
|---|---|---|---|---|---|---|
| Idredge | PO Box 1286, Louisburg, KS 66053 | pending lawsuit | X | X | X | unknown |
| 1501 Condo LLC | 9339 Tomashaw Lane, Lenexa, KS 66219 | pending lawsuit | X | X | X | unknown |
| Airgas USA LLC, | PO Box 734671, Dallas, TX 75373 | maint supp/IUW | | X | | $600.15 |
| Angelica Svendsen | 26104 E 227th Street, Harrisonville, MO 64701 | PR | X | | | $440,000.00 |
| Ashley Morgan | 2980 Baltimore Ave, #2305, KCMO 64108 | pending lawsuit | X | X | X | unknown |
| Baker Sterchi Cowden Rice | 2400 Pershing Rd, Ste 500, Kansas City, MO 64108 | legal fees/View | | | | $34,000.00 |
| Bodine Ashner Builders | 13401 Mission Rd, Leawood, KS 66209 | pending lawsuit | X | | | unknown |
| CBD Inc. | 11632 Grandview Road, Kansas City, MO 64137 | professional fees | X | X | X | $28,000.00 |
| CCC Capital | 9339 Tomashaw Lane, Lenexa, KS 66219 | various entities | X | | | $881,000.00 |
| CIT | 21146 Network Place, Chicago, IL 60673 | office equip lease | | X | | $754.85 |
| Citizens Bank & Trust | 8405 N Oak Trafficway, Kansas City, MO 64153 | loans PR/View | X | | | $8,000,000.00 |
| City of Kansas City MO | 1903 City Hall, 414 E 12th St, KCMO 64106 | pending lawsuit | X | X | X | unknown |
| Custom Refrigeration Solutions | 24004 Poindexter Rd, Lees Summit, MO 64086 | IUW | | X | | $6,000.00 |
| Custom Sleep Center | 11315 E 40 Highway, Independence, MO 64055 | pending lawsuit | X | X | X | unknown |
| Cyrus Contractor | 9339 Tomashaw Lane, Lenexa, KS 66219 | pending lawsuit | X | X | X | unknown |
| Eric Schulte | 2940 Baltimore Ave, #1503, KCMO 64108 | pending lawsuit | X | X | X | unknown |
| Eugene Trope | 12121 Wilshire Blvd, #1325, Los Angeles, CA 90025 | loan to WR | X | | | $69,000.00 |
| Fedex | PO Box 94515, Palatine, IL 60094 | shipping/IUW | | X | | $212.06 |
| Henrik Svendsen | 26104 E 227th Street, Harrisonville, MO 64701 | unknown claim/PR | X | X | X | unknown |
| Hook N Haul | 704 Harrington Street, Dearborn, MO 64439 | trash/IUW | | | | $5,460.00 |
| Ian G. Young and Danielle Young | 2980 Baltimore Ave, #2105, KCMO 64108 | pending lawsuit | X | X | X | unknown |
| Image Quest | 11021 E 26th Street N, Wichita, KS 67226 | copy supp/IUW | | X | | $33.90 |
| IPFS | PO Box 419090, Kansas City, MO 64141 | insurance/IUW | | X | | $191,000.00 |
| James Wilson | 4216 W 73rd Terr, Prairie Village, KS 66208 | pending lawsuit | X | X | X | unknown |
| Johnson Controls | PO Box 371967, Pittsburgh, PA 15250 | fire monitor/IUW | | X | | $883.42 |
| Jonathan Justus and Camille Eklof, d/b/a Justus Drugstore | 5006 Locust St, Smithville, MO 64089 | pending lawsuit | X | X | X | unknown |
| KC Munchies | 1007 SE Dover Drive, Lees Summit, MO 64081 | pending lawsuit | X | X | X | unknown |
| Kimberly Benson | 17713 Dakota Drive, Independence, MO 64056 | pending lawsuit | X | X | X | unknown |
| Kline Van and Special | 1503 Washington St, Chillicothe, MO 64601 | pending lawsuit | X | X | X | unknown |
| Kline Van and Specialty Rental, LLC and Kline Corporation | 1503 Washington St, Chillicothe, MO 64601 | pending lawsuit | X | X | X | unknown |
| Lion's Plumbing | 2115 Belleview, Kansas City, MO 64108 | PR | X | | | $21,000.00 |
| Marks Nelson CPA | 1310 E 104th St, Ste 300, Kansas City, MO 64131 | CPA fees/IUW | X | | | $3,400.00 |
| Marmic Fire & Safety Co. Inc. | PO Box 1086, Joplin, MO 64802 | fire safety/IUW | | X | | $2,164.40 |
| McDowell Rice Smith Buchanan | 605 W 47th St, Ste 350, Kansas City, MO 64112 | legal fees/PR | X | | | $19,000.00 |
| Moharam Wahed | 11814 W 100th Terr, Overland Park, KS 66214 | pending lawsuit | X | X | X | unknown |
| Nelywed Foods Inc. | 4140 W. Fullerton Ave., Chicago, IL 60639 | pending lawsuit | X | X | X | unknown |
| Park Reserve HOA | PO Box 677, Lees Summit, MO 64063 | pending lawsuit | X | X | X | unknown |
| Philip A. Klawuhn & Associates | 10150 N Ambassador Dr, Ste 100, Kansas City, MO 64153 | legal fees/PR | X | | | $80,000.00 |
| Pioneer Village | 1519 6th Street, Bakersfield, CA 93304 | professional fees | X | | | $30,000.00 |
| Pitney Bowes Purchase Power | PO Box 371874, Pittsburgh, PA 15250 | postage/IUW | | X | | $2,613.93 |
| Praxair Distribution Inc, Dept. | 1608 Holmes St., Kansas City, MO 64108 | maint supp/IUW | | X | | $130.07 |
| Presto X | 4106 NW Riverside Street, Riverside, MO 64150 | pest control/IUW | | X | | $1,748.00 |
| Republic Services | PO Box 9001099, Louisville, KY 40290 | trash/IUW | | X | | $7,625.00 |
| Republic Services/Coast to Coast Collections | PO Box 9001099, Louisville, KY 40290 | IUW | X | | | $37,740.00 |
| Richard Turner | 1519 6th Street, Bakersfield, CA 93304 | unknown claim | X | X | X | unknown |
| Robert Taylor | 118 W. 52 Street, Kansas City, MO 64112 | professional fees | X | X | X | unknown |
| Service Master | 2400 Wisconsin Ave, Downers Grove, IL 60515 | professional fees | | X | | $9,950.00 |
| Shoppa Mid America LLC | 1301 N Corrington Avenue, Kansas City, MO 64120 | equip repair/IUW | | X | | $30.48 |
| Sutherlands | 6700 Blue Ridge Boulevard, Raytown, MO 64133 | line of credit/IUW | X | X | x | $5,000.00 |
| Wayne Reeder | 600 E Admiral Blvd, #2001, Kansas City, MO 64106 | pending lawsuit | X | X | X | unknown |

| Yardi Systems Inc | PO Box 82572, Goleta, CA 93118 | software/IUW | | X | | $104.00 |
|---|---|---|---|---|---|---|

**Fill in this information to identify your case:**

Debtor    Interstate Underground Warehouse and Industrial Park, Ir
          First Name                    Middle Name              Last Name

Debtor 2
(Spouse If filing)    First Name        Middle Name              Last Name

United States Bankruptcy Court for the: Western District of Missouri

Case number
(If known)    _____

☐ Check if this is an
   amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** CIT<br>Name<br>21146 Network Place<br>Number    Street<br>Chicago         IL        60673<br>City              State     ZIP Code | Copy Machine<br>Account Number 2000329575 |
| **2.2** Pitney Bowes<br>Name<br>PO Box 371874<br>Number    Street<br>Pittsburgh      PA        15250<br>City              State     ZIP Code | Postage machine |
| **2.3** Kansas City Cold Storage<br>Name<br>8201 E. 23rd St.<br>Number    Street<br>Kansas City     MO        64129<br>City              State     ZIP Code | Lease for warehouse freezer space |
| **2.4** E3 HR, Inc.<br>Name<br>121 Summit Ave. Ste. 201<br>Number    Street<br>Summit          NJ        07901<br>City              State     ZIP Code | Payroll service company |
| **2.5** Lease Consultants Corporation<br>Name<br>PO Box 71397<br>Number    Street<br>Des Moines      IA        50325<br>City              State     ZIP Code | 1 Factory Cat GTR 37 Inch Floor Scrubber and Sweeper |

**Fill in this information to identify the case:**

Debtor name _____Interstate Underground Warehouse and Industrial Park, Inc._____

United States Bankruptcy Court for the: _____Western_____ District of _____Missouri_____
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> _____ <br><br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _Interstate Underground Warehouse and Industrial Park, Inc._

United States Bankruptcy Court for the: _Western_____ District of _Missouri_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**   **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................   $ 3,268,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................   $ 292,885.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................   $ 3,560,885.00

---

**Part 2:**   **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...........   $ 6,031,512.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .......................................   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................   **+** $ 9,877,450.26

4. **Total liabilities**........................................................................................................
   Lines 2 + 3a + 3b    $ 15,908,962.30

| Fill in this information to identify the case: |
| --- |

Debtor name  __Interstate Underground Warehouse and Industrial Park, Inc.__

United States Bankruptcy Court for the:  __Western_____  District of  __Missouri__
_(State)_

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 06/01/2021 MM / DD / YYYY | to Filing date | ☒ Operating a business ☐ Other _____ | $ 273,281.00 |
| **For prior year:** | From 06/01/2020 MM / DD / YYYY | to 05/31/2021 MM / DD / YYYY | ☒ Operating a business ☐ Other _____ | $ 3,618,215.00 |
| **For the year before that:** | From 06/01/2019 MM / DD / YYYY | to 05/31/2020 MM / DD / YYYY | ☒ Operating a business ☐ Other _____ | $ 3,134,482.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. _Non-business income_ may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 06/01/2021 MM / DD / YYYY | to Filing date | Weld deposit | $ 100,000.00 |
| **For prior year:** | From 06/01/2020 MM / DD / YYYY | to 05/31/2021 MM / DD / YYYY | PPP loan & other income | $ 286,075.00 |
| **For the year before that:** | From 06/01/2019 MM / DD / YYYY | to 05/31/2020 MM / DD / YYYY | Insurance recovery | $ 800,000.00 |

| Debtor | Interstate Underground Warehouse and Industrial Park, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached List<br>Creditor's name<br><br>Street<br><br><br>City          State          ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br><br>City          State          ZIP Code | <br><br><br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Leslie Reeder<br>Insider's name<br><br>Street<br><br><br>City          State          ZIP Code | see attached<br><br><br><br>_____ | $ 61,614.12 | Expenses<br><br><br><br> |
| | Rel____hip to debtor<br>Chief Executive Officer | | | |
| 4.2. | Insider's name<br><br>Street<br><br><br>City          State          ZIP Code | <br><br><br><br>_____ | $_____ | <br><br><br><br> |
| | Relationship to debtor | | | |

Debtor    Interstate Underground Warehouse and Industrial Park, Inc.    Case number *(if known)*_____
_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | _____ | _____ | _____ | |
| | Creditor's name | | | |
| | _____ | _____ | | |
| | Street | | | |
| | _____ | _____ | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | _____ | _____ | _____ | |
| | Creditor's name | | | |
| | _____ | _____ | | |
| | Street | | | |
| | _____ | _____ | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| Creditor's name | | | |
| _____ | _____ | | |
| Street | | | |
| _____ | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State     ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attached List | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | _____ | | ☐ On appeal |
| | Case number | | Name | ☐ Concluded |
| | | | Street | |
| | | | City          State          ZIP Code | |

| Debtor | Interstate Underground Warehouse and Industrial Park, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | |
| City          State          ZIP Code | **Case number** | Name |
| | | Street |
| | **Date of order or assignment** | |
| | | City          State          ZIP Code |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

| Debtor | Interstate Underground Warehouse and Industrial Park, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Armstrong Teasdale LLP | _____ | 03/24/2021 | $100,000.00 |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

| Debtor | Interstate Underground Warehouse and Industrial Park, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____   To _____ |
| | Street | |
| | _____ | |
| | City          State          ZIP Code | |
| 14.2. | _____ | From _____   To _____ |
| | Street | |
| | _____ | |
| | City          State          ZIP Code | |

Interstate Underground Warehouse and Industrial Park, Inc.

Debtor _____   Case number *(if known)*_____
Name

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City        State       ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City        State       ZIP Code | _____ <br> _____ <br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br><br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☒ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☒ No

☐ Yes

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 7

| Debtor | Interstate Underground Warehouse and Industrial Park, Inc. | Case number (if known) |
|--------|-----------------------------------------------------------|------------------------|
|        | Name                                                       |                        |

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____ Name _____ Street _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. _____ Name _____ Street _____ City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

---

Debtor    <u>Interstate Underground Warehouse and Industrial Park, Inc.</u>     Case number *(if known)* _____
     Name

---

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

---

### Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City   State   ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

Debtor ___Interstate Underground Warehouse and Industrial Park___, Inc.          Case number *(if known)*_____
       Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State          ZIP Code | | From _____   To _____ |

| Debtor | Interstate Underground Warehouse and Industrial Park, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.1. | Richard Turner, CPA | | From _____ | To _05/2020_ |
| | Name | | | |
| | 1519 6th Street | | | |
| | Street | | | |
| | Bakersfield | CA | 93304 | | |
| | City | State | ZIP Code | | |

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.2. | | | From _____ | To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26b.1. | | | From _____ | To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | | |

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26b.2. | | | From _____ | To _____ |
| | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| City          State          ZIP Code | |

Debtor     <u>Interstate Underground Warehouse and Industrial Park, Inc.</u>     Case number *(if known)*_____
              Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name _____ | _____ |
| Street _____ | _____ |
| _____ | _____ |
| City                    State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. |
| Name _____ |
| Street _____ |
| _____ |
| City                    State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name _____ |
| Street _____ |
| _____ |
| City                    State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name _____ |
| Street _____ |
| _____ |
| City                    State          ZIP Code |

Debtor  Interstate Underground Warehouse and Industrial Park, Inc.  Case number (if known)_____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2. _____
Name

_____
Street

_____
City                                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Leslie Reeder | 8201 E. 23rd Street, Kansas City, MO 64129 | CEO | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sammy Jo Reeder | 7515 Gibralter, Carlsbad, CA 92009 | President | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Sammy Jo Reeder | $84,500.00 | bi-weekly | owner |
| Name | | | |
| 7515 Gibralter | | _____ | |
| Street | | | |
| Carlsbad          CA          92009 | | _____ | |
| City          State          ZIP Code | | | |
| **Relationship to debtor** | | _____ | |
| Owner | | | |
| | | _____ | |

| Debtor | Interstate Underground Warehouse and Industrial Park, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

|  | Name and address of recipient | $84,780.00 annually | bi-weekly | manager |
|---|---|---|---|---|
| 30.2 | Leslie Reeder | | _____ | _____ |
| | Name | | | |
| | 333 W. 46th Terrace  #510 | | _____ | |
| | Street | | | |
| | Kansas City                    MO            64112 | | _____ | |
| | City                                State         ZIP Code | | | |
| | **Relationship to debtor** | | _____ | |
| | Board member /Chief Executive Officer | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Interstate Underground Warehouse & Storage Inc. | EIN: 4 3 _ 1 1 3 0 6 4 0 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     07/01/2021
                           MM  /  DD  / YYYY

✖ /s/ Leslie Reeder                                    Printed name    Leslie Reeder
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor    Chief Executive Officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No
☒ Yes

Form 207
Page 2
Part 2

Summit Skilled/E3 HR, Inc.
(leased employees pay)

| | |
|---|---|
| 2/3 | 27,934.02 |
| 2/18 | 27,567.56 |
| 3/3 | 27,604.79 |
| 3/17 | 26,342.45 |
| 3/31 | 26,358.32 |
| 4/15 | 26,404.92 |
| 4/30 | 26,943.84 |

Triad Capital/Q10 Capital Services
(mortgage & tax escrow payment)

| | |
|---|---|
| 2/4 | 41,123 |
| 3/10 | 41,123 |
| 4/9 | 41,123 |

Humana Insurance
(health insurance)

| | |
|---|---|
| 2/4 | 10,289.76 |
| 4/5 | 12,245.28 |

Custom Refrigeration
(service freezer)

| | |
|---|---|
| 2/10 | 20,000 |
| 3/1 | 7,500 |
| 4/2 | 10,000 |
| 4/26 | 10,000 |

IPFS
(insurance)

| | |
|---|---|
| 2/5 | 60,602.82 |
| 3/1 | 18,831.48 |
| 4/7 | 23,880.74 |

Form 207
Page 2
Part 2
Continued….

Door Systems
(replace self-storage door)

2/19              9,950

Rush Creek

2/19              8,010.58

Evergy
(electric)

2/24              28,546.88
3/24              38,555.84
4/26              40,552.73

Armstrong Teasdale
(legal)

3/24              100,000

Floyd Anderson
(other LLC payment)

3/29              20,975
4/14              20,975
2/16              20,975

Bukaty Insurance
(insurance)

                 14,004.47

Form 207
Page 2
#4

Leslie Reeder
(expenses)

| | |
|-------|-----------|
| 6/3/20 | 9,853.70 |
| 11/23 | 9,189.28 |
| 1/4 | 9,428.76 |
| 3/1 | 10,096.00 |
| 3/17 | 7,826.15 |
| 4/14 | 7,503.72 |
| 4/14 | 7,716.51 |

Interstate Underground Warehouse and Industrial Park, Inc.
SOFA Exhibit: List of Legal Actions and proceedings

| | | | |
|---|---|---|---|
| Jonathan Justus v. IUW | 2116-CV01375 | pending | 16th Judicial Circuit Court, 415 E 12th, KCMO 64106 |
| Nelywed Foods Inc. v. IUW | 2116-CV02499 | pending | 16th Judicial Circuit Court, 415 E 12th, KCMO 64106 |
| Reeder v. IUW, SJR, Leslie Reeder, Stacy Robinson | 2016-CV12471 | pending | 308 W. Kansas, Indepence, MO |
| Young v. Park Reserve, et al | 1916-CV02432 | pending | 415 E 12th St, KCMO Division 10 |
| Morgan v. Park Reserve | 1916-CV09195 | pending | 415 E 12th St, KCMO Division 7 |
| Schulte v. Park Reserve, et al | 1916-CV15246 | pending | 415 E 12th St, KCMO, Division 18 |
| Custom Sleep Center v. IUW, et al | 1916-CV25711 | pending | Circuit Court of Jackson County |
| Bodine Ashner Builders v. IUW | 1916-CV26147 | pending | Circuit Court of Jackson County |
| Kline Van and Special v. IUW | 1916-CV32949 | pending | Circuit Court of Jackson County |
| IUW v. Pro Foundation | 1616-CV25466 | appeal | Circuit Court of Jackson County |
| 1501 Condo LLC v. Park Reserve LLC | 2016-CV19042 | pending | Circuit Court of Jackson County |
| Cyrus Contractor | assignment | recorded against View at WB LLC & Harrisonville Senior Care Center | Circuit Court of Jackson County |
| James Wilson v. IUW | 2016-CV17710 | concluded | 16th Judicial Circuit Court, 415 E 12th, KCMO 64106 |
| IUW v. Idredge | 2016-CV12179 | concluded | Associate Circuit Court of Jackson County |
| Moharam Wahed v. IUW Self Storage | 2116-09787 | small claims - pending | Circuit Court of Jackson County, Small Claims |
| KC Munchies v. IUW | 1916-CV2186 | concluded | Circuit Court of Jackson County |
| Park Reserve HOA v. Park Reserve LLC | 1916-CV14030 | pending | 415 E 12th St, KCMO Division 13 |
| Park Reserve LLC v. Amina Ricca | 2016-CV11882 | dismissed | Circuit Court of Jackson County |
| City of Kansas City MO v. Park Reserve LLC | 2016-CV01134 | dismissed | Circuit Court of Jackson County |
| The View 2001 LLC v. Wayne Reeder | 2016-CV11889 | dismissed | Circuit Court of Jackson County |
| Kimberly Benson v. IUW Self Storage | 1816-CV19746 | pending | 308 W. Kansas, Indepence, MO |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Interstate Underground Warehouse and Industrial Park, Inc.__

United States Bankruptcy Court for the: __Western__ District of __Missouri__
(State)

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☒ *Schedule H: Codebtors* (Official Form 206H)

- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* _____

- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☒ Other document that requires a declaration __List of Equity Security Holders and Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/01/2021__                     ✘ */s/ Leslie Reeder*
          MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                                  Leslie Reeder
                                                  Printed name

                                                  Chief Executive Officer
                                                  Position or relationship to debtor

---

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**