**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC., | ) Case No. 21-40834-DRD ) ) Chapter 11 |
| | ) |
| Debtor. | ) |

## LOCAL RULE 2015-2A and B STATEMENT

COMES NOW Debtor herein and makes the following declarations pursuant to Local Rule 2015-2A and B, and declares the following based upon its personal knowledge and makes this declaration in support its Bankruptcy Petition:

A. <u>Statement</u>

1. No prior petition in bankruptcy has been filed on behalf of Debtor appointing a Trustee or Creditor's Committee.

2. There are actions or proceeding pending and judgments against Debtor as follows: **See Exhibit A**

3. No property of the Debtor is in the hands of a public officer, receiver, trustee, assignee for the benefit of creditors, mortgagee, pledgee, or assignee or rents.

4. Debtors is not occupying any premises under a lease.

5. Debtor uses the following Utility companies:  **See Exhibit B**

B. <u>Operating Statements</u>

1. Estimated gross revenue for the thirty (30) day period following filing of the Petition is not available at this time and Debtor shall supplement this statement in the future.

2. The estimated operating expenses for the thirty (30) day period following the filing of the Petition is not available at this time and Debtor shall supplement this statement in the future.

3. The expected gain or loss for the thirty (30) day period following filing of the Petition is not available at this time and Debtor shall supplement this statement in the future.

I, Leslie Reeder, CEO for Interstate Underground Warehouse and Industrial Park, Inc., the Debtor in this proceeding, state under perjury under the laws of the United States that the foregoing is true and correct.

Dated:   July 1, 2021

　　　　　　　　　　　　　　　　/s/  Leslie Reeder
　　　　　　　　　　　　　　　　Leslie Reeder
　　　　　　　　　　　　　　　　Chief Executive Officer

# Exhibit A

## List of Pending Lawsuits

| Case Name | Case Number | Status | Court |
|---|---|---|---|
| Jonathan Justus v. IUW | 2116-CV01375 | pending | 16th Judicial Circuit Court, 415 E 12th, KCMO 64106 |
| Nelywed Foods Inc. v. IUW | 2116-CV02499 | pending | 16th Judicial Circuit Court, 415 E 12th, KCMO 64106 |
| Reeder v. IUW, SJR, Leslie Reeder, Stacy Robinson | 2016-CV12471 | pending | 308 W. Kansas, Indepence, MO |
| Young v. Park Reserve, et al | 1916-CV02432 | pending | 415 E 12th St, KCMO Division 10 |
| Morgan v. Park Reserve | 1916-CV09195 | pending | 415 E 12th St, KCMO Division 7 |
| Schulte v. Park Reserve, et al | 1916-CV15246 | pending | 415 E 12th St, KCMO, Division 18 |
| Custom Sleep Center v. IUW, et al | 1916-CV25711 | pending | Circuit Court of Jackson County |
| Bodine Ashner Builders v. IUW | 1916-CV26147 | pending | Circuit Court of Jackson County |
| Kline Van and Special v. IUW | 1916-CV32949 | pending | Circuit Court of Jackson County |
| IUW v. Pro Foundation | 1616-CV25466 | appeal | Circuit Court of Jackson County |
| 1501 Condo LLC v. Park Reserve LLC | 2016-CV19042 | pending | Circuit Court of Jackson County |
| Cyrus Contractor | assignment | recorded against View at WB LLC & Harrisonville Senior Care Center | Circuit Court of Jackson County |
| James Wilson v. IUW | 2016-CV17710 | concluded | 16th Judicial Circuit Court, 415 E 12th, KCMO 64106 |
| IUW v. Idredge | 2016-CV12179 | concluded | Associate Circuit Court of Jackson County |
| Moharam Wahed v. IUW Self Storage | 2116-09787 | small claims - pending | Circuit Court of Jackson County, Small Claims |
| KC Munchies v. IUW | 1916-CV2186 | concluded | Circuit Court of Jackson County |
| Park Reserve HOA v. Park Reserve LLC | 1916-CV14030 | pending | 415 E 12th St, KCMO Division 13 |
| Park Reserve LLC v. Amina Ricca | 2016-CV11882 | dismissed | Circuit Court of Jackson County |
| City of Kansas City MO v. Park Reserve LLC | 2016-CV01134 | dismissed | Circuit Court of Jackson County |
| The View 2001 LLC v. Wayne Reeder | 2016-CV11889 | dismissed | Circuit Court of Jackson County |
| Kimberly Benson v. IUW Self Storage | 1816-CV19746 | pending | 308 W. Kansas, Indepence, MO |
| City of Kansas City MO v. Seven at KC LLC | 2116-CV03883 | pending | 415 E 12th St, KCMO Division 6 |
| Citizens Bank & Trust Co. v. Park Reserve, LLC et al | 2116-CV11199 | pending | Circuit Court of Jackson County |

**Exhibit B**

**List of Utility Providers**

KC Water
4800 E. 63rd Street
Kansas City, MO 64130
816.513.1313

Evergy (electric)
PO Box 219330
Kansas City, MO 64121
816.221.2323

Avid Communications (phone & internet)
PO Box 414800
Kansas City, MO 64141
816.994.7050

Hook N Haul Dumpsters LLC (trash service)
704 Harrington Street
Dearborn, MO 64439
816.800.2993