# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

"      Kaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa."cp"ce'vkxg"o go dgt"kp"i qqf "uncpf kpi "qh"vj g"Dct"qh"vj g"Wpkgf "U:cvgu"
F knutkev"Eqwt v"hqt"vj g"Y gustp"F knutkev"qh"O knuquvk"tgs wguv"vj cv"vj ku"eqwtv"cf o ky'r tq'j ce'xkeg."""
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaa."cp"cwtqtpg{ "cf o kugf "vq"r tcevkeg"kp"c"Wpkgf "U:cvgu"F knutkev"Eqwt v.""dw/"pqv'cf o kugf "vq"vj g"
Dct"qh"vj ku"eqwt v."vj q'y km"dg"eqwpuringt"vj g_____."kp"vj g"ecug"*u+"hngf "dgnqy 0"Kco "cy ctg"vj cv"vj g"
nqecn'twngu'qh'vj ku'eqwtv'tgs wkg'vj cv'Kr ctvkekr cvg'cpf 'r tgugpvcvkqp'cpf 'uck/'ecug*u+."cpf "vj cv'Kceegr v'
ugtxkeg'qh'cm'r cr gtu'ugtxgf 0"Kcnuq'wpf gtuncpf 'cpf 'ci tgg'vj ku'hj'y g'cf o kugg{'tqgu'pqv'uki p'wr"vq"r tgegkxg'EO"ICEH"hkkpi u."K
y km'dg'tgur qpukdng'hqt "pqvkh{ kpi "vj g'cf o kugg'qh'cm'r cr gtu'ugtxgf "d{ "EO"ICEH0"

| _____ | " | aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa "
| Signature of Movant/Attorney | | MO Bar Number" |

_____
**Date**

_____
**Phone**

| _____ |
| **Address** |
| _____ |

### Affidavit of Proposed Admittee"

"      K_____,"egtvkh{ "vj cv"Kl gukf g"qtwuukf g"vj g"
dqwpf ctgu"qh"vj g"Y gustp"F knutkev"qh"O knuquvk"cpf "Kco "pqv'cf o kugf "vq"vj g"Dct"qh"vj ku"eqwtv0"Kco "c"o go dgt"kp"i qqf "
ncpf kpi "kp"vj g'ncpg*u+"qh"aaaaaaaaaaaaaaaaaaaaaaaaaaaaaa"cpf "vj g"Wpkgf "U:cvgu"F knutkev"Eqwt v"qh"
aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa0"%Cwcej "cf f kkqpcn'r ci g'kh'pgeguuct{ 0+"""
Rwtuwcpv"vq"Nqecn'Twng": 507 "*j +."Kegtvkh{ "Kco "c"o go dgt"kp"i qqf "uncpf kpi "kp"cm'dctu'qh'y j kej "Kco "c"o go dgt0"K
wpf gtuncpf "vj cv'Kh'y ku'eqwtv'v tcpu'o g'cf o kukqp"r tq'j ce'xkeg"vj g'o qxcpv'o wu'r ctvkekr cvg'vj g"
r tgr ctcvkqp'cpf 'r tgugpvcvkqp'qh'vj g'cuutu'hkngf 'dgnqy ."cpf "vq"uun'ceegr v'ugtxkeg'qh'cm'r cr gtu'ugtxgf 0"Kco "cy ctg'vj cv'K
ecp'tgi knugt'vq"tgegkxg'EO"ICEH"hkkpi u0"Kwpf gtuncpf "cpf "ci tgg'vj cv'uj qwf "Kj cpi qug'pqv'vq"tgi knugt'hqt "EO"ICEH."Ky km'
cttcpi g'y kj 'o 'qxcpv'vq"ngg'o g'cf v'cf xkugf 'qh'r cr gtu'ugtxgf 'cpf 'hkngf 'kp'vj ku'ecug0"
"
**Case Number(s):**                          **Case Title(s)**
_____                _____
_____                _____
_____                _____

**Date:** _____        **Signature:** /s/ Erin M. Edelman
                                                 "
**State Bar of Residence & Bar Number:**    **Address:** _____
_____                         _____

**Phone:** _____    **Email:** _____ " "

Rwtuwcpv"vq"Y FO Q"Nqecn'Twng": 507 "*j +."c"hgg"qh"&822"ku'tgs wkgf "hqt "gcej "ecug"kp"y j kej "vj g"cwtqtpg{ "ku'ugggmkpi "
cf o kukcpeg0"
"