# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | ) |
| | ) |
| INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC., | ) Case No. 21-40834-DRD ) ) Chapter 11 |
| | ) |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that the following documents were served on all creditors and parties in interest via electronically to those parties who have entered an appearance in the Court's Electronic Court Filing (ECF) system and served conventionally upon any parties who have requested notice that are not participating in the ECF system together with the parties listed on the creditor mailing matrix maintained by the Bankruptcy Court by depositing same in U.S. mail via first class, postage prepaid, this 2nd day of July, 2021.

1. *Voluntary Petition, Schedules A/B, D, E/F, G, H, Summary of Assets and Liabilities, Statement of Financial Affairs [**ECF No. 1**]*

2. *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Armstrong Teasdale LLP as Attorneys for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date [**ECF No. 12**]*

3. *Debtor's Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services [**ECF No. 14**]*

4. *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Continued Use of the Debtors' Existing Cash Management System; (B Authorizing Use of Existing Bank Accounts and Business Forms; (and (C) Granting Related Relief [**ECF No. 15**]*

5. *Debtors' Motion for Interim and Final Orders Authorizing the Debtor to Utilize Cash Collateral [**ECF No. 16**]*

6. *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay Prepetition Wages and Workforce Obligations, (B) Authorizing Debtors to Maintain Workforce Programs and Pay Related Obligations, and (C) Granting Related Relief [**ECF No. 17**]*

7. *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I Maintain, Continue, and Renew Their Existing Insurance Program and (II) Honor Certain Prepetition Obligations in Respect Thereof and (B) Granting Related Relief [**ECF No. 18**]*

8. *Declaration of Leslie Reeder in Support of Debtor's First Day Motions [**ECF No. 19**]*

9. *Notice of Application for Authority to Employ Armstrong Teasdale LLP as Attorneys for the Debtor and Debtor-in-Possession [**ECF No. 20**]*

10. *Debtors' Motion for Entry of an Order (A) Scheduling Expedited Hearings on Certain First Day Motions and Applications, (B) Approving the Form and Manner of Notice Thereof, and (C) Granting Related Relief [**ECF No. 21**]*

Dated: July 2, 2021  Respectfully submitted,
Kansas City, Missouri

ARMSTRONG TEASDALE LLP

 */s/ Pamela Putnam*
Pamela Putnam, MO 61158
2345 Grand Blvd. Suite 1500
Kansas City, MO 64108
Telephone: (816) 221-3420
Facsimile: (816) 221-0786
Email: pputnam@atllp.com

- and -

Richard W. Engel, Jr., MO 34641
Erin M. Edelman, MO 67374 (admitted pro hac vice)
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
Email: rengel@atllp.com
Email: eedelman@atllp.com

*Proposed Counsel to the Debtor*

MATRIX

| | | |
|---|---|---|
| 1501 Condo LLC<br>9339 Tomashaw Lane<br>Lenexa, KS 66219 | 21C Museum<br>107 E 9th St, Suite 200<br>Kansas City, MO 64105 | 2Fold Supply<br>13665 E. 42nd Terr, Suite F<br>Independence, MO 64055 |
| A Plus Heating and Cooling<br>9703 E. 20 ST South<br>Independence, MO 64052 | AAA Moving and Storage<br>PO Box 23038<br>Overland Park, KS 66283 | ABC Auto<br>311 NE Parks Edge Place<br>Lees Summit, MO 64064 |
| ACE LOCK<br>11321 E US 40 HWY<br>INDEPENDENCE MO, 64055 | ACE RADIATOR<br>9304 E US 40 HWY<br>INDEPENDENCE MO 64055 | ACORN PRODUCTS<br>P O BOX 461<br>LIBERTY, MO 64069 |
| ADVANCE AUTO<br>7806 E WINNER RD<br>KANSAS CITY, MO 64125 | AFLAC ATTN: REMITTANCE PROCESSING SERVICES<br>1932 WYNNTON ROAD<br>COLUMBUS, GEORGIA 31999-0797 | Ahmed Abdelghany<br>7622 E 90th Street<br>Kansas City, MO 64138 |
| AIRGAS<br>PO BOX 734671<br>DALLAS, TX 75373-4671 | Alan Bitterman<br>12624 Glenwood<br>Overland Park, KS 66209 | Alan Robinson II<br>9005 Manning Ave<br>Raytown, MO 64138 |
| Aliff Construction<br>1100 NE 45th Street<br>Kansas City, MO 64116 | All Environmental, Inc.<br>11756 Borman Dr. Ste. 200<br>St. Louis, MO 63146 | ALLPRO AUTO & COLLISION<br>1100 S. STERLING<br>INDEPENDENCE, MO 64054-1651 |
| AMERIGAS<br>P O BOX 660288<br>DALLAS, TX 75266-0288 | Amina Ricca<br>2980 Baltimore St. #2201<br>Kansas City, MO 64108 | Andy Brown<br>13426 Wood River<br>Kearney, MO 64060 |
| Angelica Svendsen<br>26104 E. 227th Street<br>Harrisonville, MO 64701 | Anthony Mange<br>PO Box 413134<br>Kansas City, MO 64111 | Ashley Morgan<br>2980 Baltimore Ave. #2305<br>Kansas City, MO 64108 |
| AVID COMMUNICATIONS LLC<br>PO BOX 414800<br>KANSAS CITY, MO 64141 | BACHKORA & ASSOCIATES<br>7608 RAYTOWN RD<br>RAYTOWN, MO 64138 | BAKER STERCHI COWDEN & RICE<br>SUITE 500 2400 PERSHING ROAD<br>KANSAS CITY MO 64108 |
| Batliner<br>P O BOX 856651<br>MINNEAPOLIS, MN 55485-6651 | BB Machine Tool LLC<br>1701 SW Timberline Rd<br>Oak Grove, MO 64075 | BDR Guttering<br>326 Ash Ave<br>Independence, MO 64053 |

MATRIX

| | | |
|---|---|---|
| Bell Masonry<br>4121 W. 83rd St, #151<br>Prairie Village, KS 66208 | Bess Lamoreaux<br>5924 Charlotte St<br>Kansas City, MO 64110 | BEST BATTERIES, LLC<br>1112 SWIFT AVENUE<br>NORTH KANSAS CITY, MO 64116 |
| Bird's Botanicals<br>1404 SW 24th Street<br>Blue Springs, MO 64015 | BLACK & MCDONALD<br>6001 E. FRONT ST<br>KANSAS CITY, MO 64120 | Blast Inc.<br>8201 E. 23rd Street<br>Kansas City, MO 64129 |
| BODINE-ASHNER BUILDERS LEGACY, LLC<br>13401 MISSION ROAD<br>LEAWOOD, KS 66209 | Brad Zelfer<br>17311 East US Hwy 40 Lot A42<br>Independence, MO 64058 | BUKATY COMPANIES<br>4601 COLLEGE BLVD<br>STE 100<br>LEAWOOD, KS 66211 |
| BUSINESS BY PROMOTION<br>923 NE WOODS CHAPEL RD #170<br>LEE'S SUMMIT, MO 64064 | C.E.S.<br>13665 E 42ND TERR S STE C<br>INDEPENDENCE, MO 64055 | CADRE TECHNOLOGIES<br>P O BOX 809275<br>CHICAGO, IL 60680-9275 |
| CAMILLE EKLOF<br>5006 LOCUST ST.,<br>SMITHVILLE, MO 64089 | Candyman Services<br>800 SE Hocker Court<br>Lees Summit, MO 64081 | Cargill Global Business Services<br>PO Box 6034<br>Fargo, ND 58108 |
| Carpenter Vending Service<br>1449 Outer Road, Lot #15<br>Bates City, MO 64011 | CBD INVESTMENTS, LLC<br>UNIT 805 4740 ROANOKE PARKWAY<br>KANSAS CITY, MO 64112 | CDS<br>9095 Bond Street<br>Overland Park 66214 |
| Central Missouri Reload<br>PO Box 268<br>Blue Springs, MO 64013 | CENTURY TECHNOLOGY<br>12317 Rosewood Overland Park, KS 66209 | CHARLES D. JONES COMPANY<br>P O BOX 9010<br>SHAWNEE MISSION, KS 66201-1610 |
| Charles Ellis<br>7706 52nd Terr<br>Kansas City, MO 64129 | Chartity Thrift Mart<br>829 W Clark St<br>Bartlett, TX 76511 | CHEMICAL SPECIALTIES, INC<br>PO BOX 27095<br>OVERLAND PARK, KS 66205 |
| Christopher Elbow Chocolates<br>1819 McGee Street<br>Kansas City, MO 64108 | CIT<br>21146 NETWORK PLACE<br>CHICAGO IL 60673-1211 | Citizen's Bank & Trust<br>8405 N. Oak Trafficway<br>Kansas City, MO 64153 |
| CITY OF KANSAS CITY MISSOURI<br>P O BOX 801751<br>KANSAS CITY, MO 64180-1751 | City of Kansas City, Missouri<br>414 E. 12th Street<br>Kansas City, MO 64106 | CITY TREASURER FIRE PREVENTION DIVISION<br>635 WOODLAND AVE, SUITE 2103<br>KANSAS CITY, MO 6416 |

MATRIX

| | | |
|---|---|---|
| CLAYCO ELECTRIC<br>319 E 11TH AVE NORTH<br>KANSAS CITY, MO  64116 | Clean Solutions Janitorial Supplies<br>PO Box 27095<br>Overland Park, KS 66225 | CLEAN SOLUTIONS JANITORIAL<br>PO BOX 27095<br>OVERLAND PARK, KS  66225 |
| Cliff Rush<br>19170 East Yocum Rd.<br>Independence, MO 64058 | Clinton Todd<br>80 Park Plaza<br>Lexington, MO 64067 | COLEMAN EQUIPMENT INC.<br>15905 E 23rd ST<br>INDEPENDENCE MO 64055 |
| COPY-RITE<br>4004 STERLING<br>KANSAS CITY, MO  64133 | Craig D. Hill<br>2011 W. 162nd Terr<br>Stilwell, KS 66085-8426 | CROWN PACKAGING<br>17854 CHESTERFIELD AIRPORT RD<br>CHESTERFIELD, MO  63005 |
| Curtis Koons<br>1900 Mersington Ct.<br>Kansas City, MO 64127 | CUSTOM REFRIGERATION SOLUTIONS<br>712 SW 6TH STREET<br>LEE'S SUMMIT MO. 64081 | Custome Cabinets<br>12205 E 46th Terr<br>Independence, MO 64055 |
| Cyrus Contractor<br>9339 Tomashaw Lane<br>Lenexa, KS 66219 | DAVE NETZ<br>18204 E. 18TH TERR N.<br>INDEPENDENCE, MO  64058 | David Young<br>901 NE Sunshine Ct<br>Lees Summit, MO 64064 |
| DAY STAR<br>PO BOX 34648 N.<br>KANSAS CITY, MO  64116 | DELTA DENTAL<br>P.O. BOX 790320<br>ST LOUIS, MO  63179 | DELTA VISION<br>P O BOX 8510<br>ST LOUIS, MO 63126-0510 |
| Diversified Avacado Products<br>3 Eastridge<br>Coto De Caza, CA 92679 | Division of Fire Safety<br>P O Box 1421<br>Jefferson City, MO  65102 | Dollars For U<br>3623 W. 76th St<br>Prairie Village, KS 66208 |
| DOOR SYSTEMS<br>507 SW LEA DRIVE<br>LEE'S SUMMIT, MO 64081 | Doug Hauser DBA KC Classic Cars<br>1712 NE 113th Street<br>Kansas City, MO 64155 | Doug Hecker<br>1833 Wellesley Ct<br>Liberty, MO 64068 |
| Drew Kimmell<br>8252 E. Panama Rd<br>Nevada, MO 64772 | E3 HR, INC<br>121 SUMMIT AVE  STE 201<br>SUMMIT, NJ 07901 | ELECTRIC SERVICE COMPANY<br>1720 KANSAS STREET<br>KANSAS CITY, MO  64127 |
| EMPLOYEE FIDUCIARY, LLC<br>P O BOX 3144<br>MOBILE, AL  36652 | ENCORE PROPANE - KANSAS CITY<br>7440 NW River Park DR<br>Parkville, MO  64152 | Engel Motors<br>6633 Truman Road<br>Kansas City, MO 64126 |

MATRIX

Erazo Enterprises
17823 Greentree Ave
Independence, MO 64057

Eric Schulte
2940 Baltimore Ave. #1503
Kansas City, MO 64108

EVERGY -
8680-36-3278
PO BOX 219330
KANSAS CITY, MO 64121-9330

EVERGY 3852
P O BOX 219330
KANSAS CITY, MO 64121

EVERGY
P O BOX 219330
KANSAS CITY, MO 64121-9330

EVERGY-MAIN
P O BOX 219330
KANSAS CITY, MO 64121-9330

Extrusions
PO Box 430
Ft. Scott, KS 66701

FASTENAL COMPANY
PO BOX 978
WINONA, MS 55987-0978

FED EX
PO BOX 94515
PALATINE, IL 60094-4515

FLOYD ANDERSON C/O PETE
SMITH MCDOWELL RICE
605 W 47ST, SUITE 350
KANSAS CIY, MO 64112

FNBO-DENNIS
P O BOX 2818
OMAHA, NE 68103

FNBO-JERRY
P O BOX 2818
OMAHA, NE 68103

FNBO-JOE
P O BOX 2818
OMAHA, NE 68103

FNBO-MICHAEL
P O BOX 2818
OMAHA, NE 68103

Fresh Start Natural Foods, Inc.
PO Box 4730
Foster City, CA 94404

Friends of Yates
1418 Garfield Ave
Kansas City, KS 66104

Gary Sisk
7996 Johnson Dr.
Odessa, MO 64076

GRAINGER DEPARTMENT
804739530
PO BOX 419267
KANSAS CITY, MO 64141

GRP LLC
3141 Topping Ave
Kansas City, MO 64129

GUARDIAN
P O BOX 677458
DALLAS, TX 75267-7458

H & W FORKLIFT
7405 EAST 12TH STREET
KANSAS CITY, MO 64126

H W FORKLIFT
7405 E 12TH ST
KANSAS CITY, MO 64126

HAMPEL OIL, INC.
PO BOX 12346
WICHITA, KS 67277

HARBOR FREIGHT TOOLS
4368 SOUTH NOLAND ROAD
INDEPENDENCE MO. 64055

HARTFORD
P O BOX 660916
DALLAS, TX 75266-0916

HEARTLAND
ONE HEARTLAND WAY
JEFFERSONVILLE, IN 47130

Heavy Metal Industries
4623 Ridgeway Ave
Kansas City, MO 64133

Henrik Svendsen
26104 E. 227th Street
Harrisonville, MO 64701

HEUBEL RAYMOND
P O BOX 870975
KANSAS CITY, MO 64187-0975

HOOK N HAUL DUMPSTERS
704 HARRINGTON ST
DEARBORN, MO 64439

MATRIX

Hubal Express LLC
PO Box 34794
Kansas City, MO 64116

HUMANA INSURANCE CO
P.O BOX 4600
CAROL STREAM, IL 60197-4600

Ian G. Young
2980 Baltimore Ave. #2105
Kansas City, MO 64108

Idredge
PO Box 1286
Louisburg, KS 66053

IMAGE QUEST
11106 STRANG LINE ROAD
LENEXA, KS  66215

IMB EL LLC/FAO John Norman
11 Madison Ave, 17th Floor
New York, NY 10010

Ime O Ette
1609 Wickford Drive
Arlington, TX 76018

INDEPENDENCE HYDRAULICS
7375 Northern Blvd.
Independence, MO 64053

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IPFS
24722 Network Place
Chicago, IL  60673-1247

Jack Bilt Corp
8201 E. 23rd Street
Kansas City, MO 64129

Jack-bilt
8201 E. 23rd st  Dock 22
Kansas City, MO  64129

JACKSON COUNTY COLLECTOR
P O BOX 219747
KANSAS CITY, MO 64121-9747

James Wilson
4216 W. 73rd Terrace
Prairie Village, KS 66208

JDI Concrete
PO Box 25432
Kansas City, MO 64119

Jim Shockey
604 East 23rd St. South
Independence, MO 64055

Jim Voelk
16901 SE MM Hwy
Dearborn, MO 64439

JIMCO PRODUCTS INC
101 JIMCO DRIVE
HOLLISTER, MO  65672

Joe Gicinto
4507 W. 90th
Prairie Village, KS 66207

John Carnes
222 West Maple Ave.
Independence, MO 64050

John Hersma
933 MCGee #102
Kansas City, MO 64106

JOHNSON CONTROLS
P O BOX 371967
PITTSBURGH, PA 15250-7967

JOHNSON CONTROLS FIRE PROTECTION
11019 Strang Line Rd.
Lenexa, KS 64129

JOHNSTONE SUPPLY
1760 W 29TH STREET
KANSAS CITY, MO  64108

Jonathan Elliot
5090 Glinnside Dr
Kansas City, MO 64129

Jonathan Justus, Justus Drugstore
5006 Locust St.
Smithville, MO 64089

Justus Drugstore
5006 Locust
Smithville, MO 64089

K C BOBCAT
1450 S E US 40 HWY
BLUE SPRINGS, KS 64104

K C WATER SERVICES
P O BOX 807045
KANSAS CITY, MO  64180-7045

K D FASTENER
P O BOX 28252
GLADSTONE, MO 64188

MATRIX

KAV Service c/o Ken-A-Vision
5615 Raytown Rd
Kansas City, MO 64133

KC Cold Storage
8201 E. 23rd Street
Kansas City, MO 64129

KC Munchies
21205 W. 181 Terr
Olathe, KS 66062

KC MUNCHIES, LLC
1007 SE DOVER DRIVE
LEES SUMMIT, MO 64081

KC Raceware
5025 Rosewood Dr
Roeland Park, KS 66205

KCMO City Treasurer
Finance Dept
P.O. Box 801751
Kansas City, MO 64180-1751

KCMO WATER - 193-8
P O BOX 807045
KANSAS CITY, MO 64180-7045

KCMO WATER
P O BOX 807045
KANSAS CITY, MO 64180-7045

KCMO WATER SERVICES
P.O. BOX 219896
KANSAS CITY, MO 64121-9896

KCMO WATER SERVICES
PO BOX 807045
KANSAS CITY MO 64180-7045

KD FASTENER
PO BOX 28252
KANSAS CITY, MO 64188

KD Supplies
200 Prairie Rose Circle
Smithville, MO 64089

Kelly and Peter Loughead
6300 McCarran St 1099
Las Vegas, NV 89081

Ken-A-Vision
5615 Raytown Rd
Kansas City, MO 64133

Kenneth Cassway
10610 E. 43rd St
Kansas City, MO 64133

Kevin Tee
311 Emmanuel Cleaver II Blvd
Kansas City, MO 64112

Kimberly Benson
17713 Dakota Drive
Independence, MO 64056

King Towing
10811 E. 27th St
Independence, MO 64052

KLEMP ELECTRIC
739 CENTRAL AVE
KANSAS CITY,KS 66101

KLINE VAN AND SPECAILTY RENTAL, LLC
1503 WASHINGTON ST.
CHILLICOTHE, MO 64601

Larry Lurks/Mobile Enterprises LLC
5608 College
Kansas City, MO 64130

LARRY MCCUBBIN
1004 OAKVALE
HARRISONVILLE, MO 64701

LARRY WEILERT
CUSTOM SLEEP CENTER
11315 E. 40 HIGHWAY
INDEPENDENCE, MO 64055

LIFT TRUCK SALES & SERVICE, INC.
2720 NICHOLSON
KANSAS CITY, MO 64120

Lori Lee
538 Sarah Lane
Liberty, MO 64068

M and R Auto
6600 Blue Parkway, Lot D11
Kansas City, MO 64129

MANAGER OF FINANCE
PO BOX 219747
KANSAS CITY, MO 64121-9747

Mark Nelson
1310 E. 104th St. Ste. 300
Kansas City, MO 64131

MARMIC FIRE & SAFETY CO. INC
P O BOX 1939
LOWELL, AR 72745

MARTIN LEIGH ATTORNEYS
SUITE 410 2405 GRAND BLVD
KANSAS CITY, MO 64108

MATRIX

MARTIN MECHANICAL
1419 E 19TH ST
KANSAS CITY, MO 64108

MARTIN, LEIGH, LAWS & FRITZLEN
400 PECK'S PLAZA
KANSAS CITY, MO 64105

MATHESON TRI-GAS INC
6000 E FRONT ST
KANSAS CITY, MO 64120

MCDOWELL, RICE, SMITH SKELLY
BLDG 605 W 47TH ST SUITE 350
KANSAS CITY, MO 64112-1900

Michael Brady
16845 W. 161st Terr
Olathe, KS 66062

MID-STATES SUPPLY COMPANY, INC.
PO BOX 804482
KANSAS CITY, MO 64180

MIDWEST EMERGENCY MEDICAL SERV
P O BOX 11157
KANSAS CITY, MO 64119-0157

MIDWEST POWER INDUSTRIES
2103 Forest Ave
Kansas City, MO 64108

Missouri Department of Revenue
Harry S. Truman State Office Building
301 West High Street
Jefferson City, MO 65101

Missouri Northern Pecan Growers LLC
3011 E. Austin Blvd
Nevada, MO 64772

MO DEPT OF HEALTH AND SENIOR SERVICES
912 WILDWOOD
PO BOX 570
JEFFERSON CITY, MO 65102

MO DEPT OF REVENUE
PO BOX 840
JEFFERSON CITY, MO 65105

MO DEPT. OF REVENUE
PO BOX 3390
JEFFERSON CITY, MO 65105-3390

MO. DEPT. OF REVENUE
TAXPAYER SERVICES BUREAU
PO BOX 385
JEFFERSON CITY, MO 65105

MODERN FIRE SAFETY
212 W 72ND STREET
KANSAS CITY, MO 64114

Moharam Wahed
11814 W. 100th Terrace
Overland Park, KS 66214

MR. TIRES
8631 EAST 24 HIGHWAY
KANSAS CITY, MO 64125

MTAC Companies c/o Aaron Heilman
7300 W. 101st St
Overland Park, KS 66212

MUNICIPAL COURT 16th Judicial Circuit
P O BOX 219381
KANSAS CITY, MO 64121-9381

MVB Meat Co.
9516 Belleview Ave
Kansas City, MO 64114

MY DUMPSTER GUY LLC
709 MAIN ST
GRANDVIEW, MO 64030

NEENAN COMPANY
P O BOX 300408
KANSAS CITY, MO 64130

NEENAN COMPANY
PO BOX 300408
KANSAS CITY MO 64130

Newlywed Foods
PO Box 39357
Chicago, IL 60639

NORTH KANSAS CITY HOSPITAL
P O BOX 504654
ST LOUIS, MO 63150

OFFICE DEPOT, INC
PO BOX 633211
CINCINNATI, OH 45263-3211

Office of the United States Trustee
400 East 9th Street, Room 3440
Kansas City, MO 64106

One Hour Carpet
PO Box 7442
Shawnee Mission, KS 66207

OPTIMA LLC
12424 W 62 TERR
SHAWNEE, KS 66216

Park Reserve HOA
PO Box 677
Lees Summit, MO 64081

MATRIX

| | | |
|---|---|---|
| PAUL L. HILPMAN<br>3204 NW KAREN ROAD<br>KANSAS CITY, MO 64151 | PAYCHEX, INC<br>13160 FOSTER STREET. STE 130<br>OVERLAND PARK, KS 66213 | PDF Architectural Group<br>3199 Mercier St<br>Kansas City, MO 64111 |
| Perfect Drywall<br>5207 Overton Circle<br>Kansas City, MO 64133 | Perishable Distribution of Iowa<br>2741 SE PDI Place<br>Ankeny, IA 50021 | PETE MEDINA NOVA TECH<br>1016 S E HAMBLEN RD #7<br>KANSAS CITY, MO 64081 |
| PHILIP KLAWUHN<br>SUITE 100 10150 N AMBASSADOR DRIVE<br>KANSAS CITY, MO 64153 | Pioneer Village<br>1519 6th Street<br>Bakersfield, cA 93304 | Pitney Bowes Global Financial Services<br>PO BOX 371874<br>Pittsburgh, PA 15250-7887 |
| PITNEY BOWES RESERVE ACCOUNT<br>PO BOX 952856<br>ST. LOUIS MO 63195 | PITNEY BOWES-PURCHASE POWER<br>PO BOX 856042<br>LOUISVILLE, KY 40285 | PRAXAIR DEPT<br>1608 Holmes Street<br>Kansas City, MO 64108 |
| PRESTO X<br>PO BOX 13848<br>READING, PA 19612-3848 | Pro Foundation<br>8201 E. 23rd St.<br>Kansas City, MO 64108 | Q10 CAPITAL SERVICING LLC<br>111 SOUTH MAIN STE 1600<br>SALT LAKE CITY, UT 84111 |
| QAS Vending<br>11415 Minor Drive<br>Kansas City, MO 64114 | QB Management LLC<br>3800 Fremont Ave<br>Kansas City, MO 64129 | Quest Development<br>2301 8th Ave NE #120<br>Aberdeen, SD 57401 |
| QUITMEIER LAW FIRM<br>10150 Ambassador Dr. Ste. 100<br>Kansas City, MO 64153 | RC-N-1 Inc.<br>PO Box 2191<br>Independence, MO 64055 | RDS EQUIPMENT INC<br>3415 BLUE RIDGE CUTOFF<br>INDEPENDENCE, MO 64055 |
| REARDON PALLET COMPANY INC<br>P O BOX 25610<br>KANSAS CITY, MO 64102-5610 | RECLAMATION TECHNOLOGIES<br>10005 FLANDERS COURT NE<br>BLAINE, MN 55449 | Reclamation Technologies<br>10005 Flanders Ct NE<br>Blaine, MN 55449 |
| REDDI SERVICES KC<br>4011 BONNER INDUSTRIAL DR<br>SHAWNEE KANSAS 66226 | REEVES-WIEDEMAN CO<br>3635 MAIN ST<br>KANSAS CITY, MO 64111 | Refreshments LLC/Spatula Central<br>1450 W. Geo Space Dr.<br>Independence, MO 64056 |
| REFRIGERANTS, INC<br>2575 WEST BABERRY PLACE<br>DENVER, CO 80204 | Renew Wireless Inc.<br>7111 W. 151st St, #352<br>Overland Park, KS 66223 | REPUBLIC SERVICES<br>PO BOX 9001099<br>LOUISVILLE, KY 40290-1099 |

MATRIX

Resolution Re-Use
9320 E. 27th St South
Independence, MO 64052

Restoration Spanish Translations Inc.
2500 S. Seminole Dr
Independence, MO 64057

Richard Coffie
700 Shawnee
Leavenworth, KS 66048

RICHARD TURNER
1519 6TH ST
BAKERSFIELD, CA 93304

RMH SYSTEM
P.O BOX 3251
OMAHA, NE 68103-0251

Robert Stout
827 S. Home Ave
Independence, MO 64053

Robert Taylor
118 W. 52 Street
Kansas City, MO 64112

Roderick Reed
11320 Indiana
Kansas City, MO 64137

ROLL EASY DOOR
2922 TERRACE STREET
KANSAS CITY, MO 64108

Royal Bedding
7415 NO Liberty St
Kansas City, MO 64118

RUSH CREEK PROPERTIES
SUITE 111 17815 FOSTER RD
LIBERTY, MO 64068

Saab Doctor
1908 NW Harbor Place
Blue Springs, MO 64015

SAC River Construction
211 S. Beach
Appleton City, MO 64724

Sam Mulla
12120 State Line Road
Leawood, KS 66209

Sammy Jo Reeder
7515 Gibralter
Carlsbad, CA 92009

SAMS CLUB
4100 South Bolger Road
Independence, MO 64055

SCC Inc
PO Box 860730
Shawnee, KS 66286-0730

Schlee Huber McMullen Mcarthy Hansen
4050 Pennsylvania, # 300
Kansas City, MO 64171

Schreifels Enterprises LLC
4405 NE 103rd CT
Kansas City, MO 64156

Sea Fare Foods Corp
3073 Oakraider Dr
Alamo, CA 94507

SERVICEMASTER DSI
2400 WISCONSIN AVE
DOWNER'S GROVE, IL 60515

SHAWNEE COPY CENTER
PO BOX 3915
SHAWNEE, KS 66203-0915

SHERWIN WILLIAMS COMPANY
8602 EAST 63RD STREET
KANSAS CITY, MO 64133

SHOPPA MID AMERICA
1301 N. CORRINGTON AVE.
KANSAS CITY, MO 64120

Show Me Fundraising
2111 Shelby St
Higginsville, MO 64037

Sipcam Agro USA Inc
2525 Meridian Pkwy, #350
Durham, NC 27713

SIR Fabricators
17 NW 86th Terr
Kansas City, 64155

SPRINT
PO BOX 4181
CAROL STREAM, IL 60197-4181

STACY ROBINSON
32130 HARBORVIEW LANE
WESTLAKE VILLAGE, CA 91361

Star Companies
PO Box 1963
Lees Summit, MO 64063

MATRIX

STATE FARM INSURANCE
PO BOX 680001
DALLAS, TX 75368-0001

Steve Blades
3405 Baltimore Ave
Kansas City, MO 64111

Steve Mosley
18409 Hanthorn Ave
Independence, MO 64057

Steve Wells
902 W. Liberty Drive, Ste B
Liberty, MO 64068

Stream Lake and Wetlands Solutions
PO Box 1286
Louisburg, KS 66053

Structurflex
414 Oak St, Suite 101
Kansas City, MO 64106

Summit Boats and Gear
1012A NE Jib Ct,
Lees Summit, MO 64064

SUTHERLAND LUMBER CO.
6709 BLUE RIDGE BLVD
RAYTOWN, MO  64133

TAO LI
6122 E. 129th St,
Grandview, MO 64030

The Redwood Group
5920 Nail Ave. #400
Mission, KS 66202

THE WALDINGER CORPORATION
1800  E LEVEE STREET NORTH
KANSAS CITY, MO  64116-4405

TIRE CENTERS, INC
4421 GARDNER AVE
KANSAS CITY, MO  64120

TOMPKINS INDUSTRIES
75 REMITTANCE DRIVE SUITE 6210
CHICAGO, IL 60675-6210

Tony Gurley
14507 E. 40th St South
Independence, MO 64055

TRIAD CAPITAL ADVISORS
ATTN: LYNETTE CHASTAIN
4400 SHAWNEE MISSION
PARKWAY SUITE 209
SHAWNEE MISSION, KS  66205

TYCO INTEGRATED SECURITY
PO BOX 371967
PITTSBURG, PA 15250-7967

U-HAUL
4312 S NOLAND RD
INDEPENDENCE, MO 64055

ULINE
P O BOX 88741
CHICAGO, IL 60680-1741

VAC- CON Services d/b/a Red Equipment Co
5206 E. 9th St
Kansas City, MO 64124

Vino Leonardo Imports
8201 E. 23rd Street
Kansas City, MO 64129

Vogler & Associates, LLC
11756 Borman Dr.
St. Louis, MO 63146

Wakarusa Valley Farm
965 E. 1000 Rd,
Lawrence, KS 66047

Wal-Mart Stores East LP
5100 Brookhart Drive
Harrisonville, MO 64701

Warehouse-Lighting.com Inc
615 South 89th ST
Milwaukee, WI  53214

Wayne Reeder
600 E. Admiral Blvd. #2001
Kansas City, MO 64106

Woodmen of the World
Q10 Triad Capital Advisors
4622 Pennsylvania Ave. Ste. 810
Kansas City, MO 64112

Woople
400 N. Missouri St
Liberty, MO 64068

YARDI SYSTEMS, INC
P O BOX 82572
GOLETA, CA  93118-2572

YELLOW FREIGHT
PO BOX 730333
DALLAS, TX  75373

ZEP SALES & SERVICE
13237 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

MATRIX

Great Western Bank
225 S. Main Ave.
Sioux Falls, SD 57104