# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re. Interstate Underground Warehouse and Industrial Park, Inc.

Debtor(s)

Case No. 21-40834

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2021         Petition Date: 07/01/2021

Months Pending: 4                          Industry Classification: 4 9 3 1

Reporting Method:    Accrual Basis ●    Cash Basis ○

Debtor's Full-Time Employees (current): 17

Debtor's Full-Time Employees (as of date of order for relief): 17

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Signature of Responsible Party
Date: 11.17.2021

Printed Name of Responsible Party: Leslie Reeder CEO
Address: 8201 E 23rd St. KCMO 64129

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (04/12/2021)    1

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $350,933 | |
| b. Total receipts (net of transfers between accounts) | $328,521 | $0 |
| c. Total disbursements (net of transfers between accounts) | $331,570 | $0 |
| d. Cash balance end of month (a+b-c) | $347,884 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | |
| f. Total disbursements for quarterly fee calculation (c+e) | $331,570 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $23,920 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $756 | |
| c. Inventory (Book ○ Market ○ Other ● (attach explanation)) | $0 | |
| d. Total current assets | $371,804 | |
| e. Total assets | $12,209,820 | |
| f. Postpetition payables (excluding taxes) | $191,087 | |
| g. Postpetition payables past due (excluding taxes) | $165,331 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $191,087 | |
| k. Prepetition secured debt | $5,912,934 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $62,085 | |
| n. Total liabilities (debt) (j+k+l+m) | $6,166,106 | |
| o. Ending equity/net worth (e-n) | $6,043,714 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $320,135 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $320,135 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $186,368 | |
| f. Other expenses | $68,053 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $12,391 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $53,324 | $0 |

UST Form 11-MOR (04/12/2021)    2

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $35,000 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | KRIGEL & KRIGEL | Lead Counsel | $0 | $0 | $35,000 | $0 |
| Delete ii | RETAINER | | $0 | $0 | $0 | $0 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | $10,000 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete i | CBIZ & Mayer Hoffman McCa | Financial Professional | $0 | $0 | $10,000 | $0 |
| Delete ii | TAX PREP | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | | |
| b. | Postpetition income taxes paid (local, state, and federal) | | |
| c. | Postpetition employer payroll taxes accrued | $3,850 | $0 |
| d. | Postpetition employer payroll taxes paid | $3,850 | $0 |
| e. | Postpetition property taxes paid | | |
| f. | Postpetition other taxes accrued (local, state, and federal) | | |
| g. | Postpetition other taxes paid (local, state, and federal) | | |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ● |
| d. | Are you current on postpetition tax return filings? | Yes ○ | No ● |
| e. | Are you current on postpetition estimated tax payments? | Yes ○ | No ● |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○  N/A ○ |
| i. | Do you have:  Worker's compensation insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○  N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○  N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○  N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● |

UST Form 11-MOR (04/12/2021)          3

| | | | |
|---|---|---|---|
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● | No ○ |

### Part 8: Individual Chapter 11 Debtors (Only)

a. Gross income (receipts) from salary and wages  _____
b. Gross income (receipts) from self-employment  _____
c. Gross income from all other sources  _____
d. Total income in the reporting period (a+b+c)  _____
e. Payroll deductions  _____
f. Self-employment related expenses  _____
g. Living expenses  _____
h. All other expenses  _____
i. Total expenses in the reporting period (e+f+g+h)  _____
j. Difference between total income and total expenses (d-i)  _____
k. List the total amount of all postpetition debts that are past due  _____
l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?   Yes ○ No ○
m. If yes, have you made all Domestic Support Obligation payments?   Yes ○ No ○ N/A ○

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

_/s/ [signature]_
Signature of Responsible Party

11.17.2021
Title

_Leslie Reeder CEO_
Printed Name of Responsible Party

11.17.2021
Date

[ Save ]   [ Generate PDF for Court Filing ]

9:15 AM
11/05/21

# Interstate Underground Warehouse and Industrial Park, Inc.
## Reconciliation Summary
### 10004 · CENTRAL BANK OP ACCT (METCALF), Period Ending 10/31/2021

|  | Oct 31, 21 |  |
|---|---:|---:|
| Beginning Balance |  | 307,412.10 |
| Cleared Transactions |  |  |
|     Checks and Payments - 80 items | -320,118.82 |  |
|     Deposits and Credits - 56 items | 304,255.52 |  |
| Total Cleared Transactions | -15,863.30 |  |
| Cleared Balance |  | 291,548.80 |
| Uncleared Transactions |  |  |
|     Checks and Payments - 28 items | -62,365.42 |  |
| Total Uncleared Transactions | -62,365.42 |  |
| Register Balance as of 10/31/2021 |  | 229,183.38 |
| New Transactions |  |  |
|     Checks and Payments - 3 items | -40,743.80 |  |
| Total New Transactions | -40,743.80 |  |
| Ending Balance |  | 188,439.58 |

9:15 AM
11/05/21

# Interstate Underground Warehouse and Industrial Park, Inc.
## Reconciliation Detail
### 10004 · CENTRAL BANK OP ACCT (METCALF), Period Ending 10/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 307,412.10 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 80 items** | | | | | | |
| Bill Pmt -Check | 09/10/2021 | 21122 | DELTA VISION | X | -96.40 | -96.40 |
| Bill Pmt -Check | 09/17/2021 | 21127 | OLGA HERNANDEZ | X | -1,092.00 | -1,188.40 |
| Bill Pmt -Check | 09/27/2021 | 21143 | CITI CARDS | X | -895.99 | -2,084.39 |
| Bill Pmt -Check | 09/29/2021 | 21147 | CUSTOM REFRIGE... | X | -40,000.00 | -42,084.39 |
| Bill Pmt -Check | 09/29/2021 | 21146 | KANSAS CITY TES... | X | -1,083.00 | -43,167.39 |
| Bill Pmt -Check | 09/29/2021 | 21145 | JOHNSON CONTR... | X | -949.68 | -44,117.07 |
| Bill Pmt -Check | 09/29/2021 | 21144 | PRAXAIR | X | -143.90 | -44,260.97 |
| Bill Pmt -Check | 10/01/2021 | | FNBO-DENNIS | X | -3,218.60 | -47,479.57 |
| Bill Pmt -Check | 10/01/2021 | 21154 | JAZIEL QUEZADA | X | -1,806.00 | -49,285.57 |
| Bill Pmt -Check | 10/01/2021 | 21155 | RICARDO JESUS N... | X | -1,428.00 | -50,713.57 |
| Bill Pmt -Check | 10/01/2021 | 21153 | EDMER MURCIA | X | -1,344.00 | -52,057.57 |
| Bill Pmt -Check | 10/01/2021 | 21156 | OLGA HERNANDEZ | X | -1,040.00 | -53,097.57 |
| Bill Pmt -Check | 10/01/2021 | 21149 | DENNIS SPEER | X | -1,000.00 | -54,097.57 |
| Bill Pmt -Check | 10/01/2021 | 21159 | Walter E. Cook | X | -652.57 | -54,750.14 |
| Bill Pmt -Check | 10/01/2021 | 21158 | JASEN WESTENB... | X | -650.00 | -55,400.14 |
| Bill Pmt -Check | 10/01/2021 | | FNBO-JOE | X | -571.94 | -55,972.08 |
| Bill Pmt -Check | 10/01/2021 | 21151 | Kevin Haynes | X | -500.00 | -56,472.08 |
| Bill Pmt -Check | 10/01/2021 | 21148 | AMANDA PLOTNER | X | -500.00 | -56,972.08 |
| Bill Pmt -Check | 10/01/2021 | 21150 | Joseph TEMM | X | -500.00 | -57,472.08 |
| Bill Pmt -Check | 10/01/2021 | 21157 | JOE BRAEKEL | X | -350.00 | -57,822.08 |
| Bill Pmt -Check | 10/01/2021 | | SPRINT-PCS | X | -270.90 | -58,092.98 |
| Bill Pmt -Check | 10/01/2021 | 21160 | DAVE NETZ | X | -250.00 | -58,342.98 |
| Bill Pmt -Check | 10/04/2021 | | IPFS | X | -22,743.80 | -81,086.78 |
| Bill Pmt -Check | 10/04/2021 | 21161 | LESLIE REEDER | X | -8,000.00 | -89,086.78 |
| General Journal | 10/04/2021 | | | X | -705.00 | -89,791.78 |
| General Journal | 10/04/2021 | | | X | -244.83 | -90,036.61 |
| Bill Pmt -Check | 10/06/2021 | | Q10 CAPITAL SER... | X | -41,123.00 | -131,159.61 |
| Bill Pmt -Check | 10/06/2021 | | HEARTLAND PAYM... | X | -2,080.85 | -133,240.46 |
| Bill Pmt -Check | 10/06/2021 | | HEARTLAND PAYM... | X | -399.30 | -133,639.76 |
| General Journal | 10/06/2021 | | | X | -1.47 | -133,641.23 |
| Bill Pmt -Check | 10/11/2021 | 21163 | HOOK N HAUL DU... | X | -3,282.50 | -136,923.73 |
| Bill Pmt -Check | 10/11/2021 | 21162 | PAUL L. HILPMAN | X | -2,681.00 | -139,604.73 |
| Bill Pmt -Check | 10/11/2021 | 21166 | AVID COMMUNICA... | X | -2,400.48 | -142,005.21 |
| Bill Pmt -Check | 10/11/2021 | 21171 | REARDON PALLET... | X | -1,893.75 | -143,898.96 |
| Bill Pmt -Check | 10/11/2021 | 21168 | PRESTO X COMPA... | X | -918.00 | -144,816.96 |
| Bill Pmt -Check | 10/11/2021 | 21167 | CIT | X | -756.58 | -145,573.54 |
| Bill Pmt -Check | 10/11/2021 | | EMPLOYEE FIDUCI... | X | -443.73 | -146,017.27 |
| Bill Pmt -Check | 10/11/2021 | 21165 | AIRGAS | X | -158.02 | -146,175.29 |
| Bill Pmt -Check | 10/11/2021 | 21164 | DELTA VISION | X | -48.20 | -146,223.49 |
| Bill Pmt -Check | 10/11/2021 | 21170 | IMAGE QUEST | X | -21.25 | -146,244.74 |
| Bill Pmt -Check | 10/13/2021 | 21172 | U S BANKRUPTCY ... | X | -3,579.06 | -149,823.80 |
| Bill Pmt -Check | 10/14/2021 | | EVERGY-MAIN | X | -44,680.96 | -194,504.76 |
| Bill Pmt -Check | 10/14/2021 | | E3 HR, INC | X | -27,909.50 | -222,414.26 |
| Bill Pmt -Check | 10/14/2021 | | EVERGY - 8680-36-... | X | -109.93 | -222,524.19 |
| Bill Pmt -Check | 10/15/2021 | 21176 | JAZIEL QUEZADA | X | -1,848.00 | -224,372.19 |
| Bill Pmt -Check | 10/15/2021 | 21175 | RICARDO JESUS N... | X | -1,360.00 | -225,732.19 |
| Bill Pmt -Check | 10/15/2021 | 21174 | EDMER MURCIA | X | -1,280.00 | -227,012.19 |
| Bill Pmt -Check | 10/15/2021 | 21183 | DENNIS SPEER | X | -1,000.00 | -228,012.19 |
| General Journal | 10/15/2021 | | | X | -855.00 | -228,867.19 |
| General Journal | 10/15/2021 | | | X | -705.00 | -229,572.19 |
| Bill Pmt -Check | 10/15/2021 | | AFLAC | X | -684.00 | -230,256.19 |
| Bill Pmt -Check | 10/15/2021 | 21178 | JASEN WESTENB... | X | -550.00 | -230,806.19 |
| Bill Pmt -Check | 10/15/2021 | 21184 | Kevin Haynes | X | -500.00 | -231,306.19 |
| Bill Pmt -Check | 10/15/2021 | 21181 | Joseph TEMM | X | -500.00 | -231,806.19 |
| Bill Pmt -Check | 10/15/2021 | 21182 | AMANDA PLOTNER | X | -500.00 | -232,306.19 |
| Bill Pmt -Check | 10/15/2021 | 21179 | JOE BRAEKEL | X | -300.00 | -232,606.19 |
| Bill Pmt -Check | 10/15/2021 | 21173 | Walter E. Cook | X | -299.70 | -232,905.89 |
| Bill Pmt -Check | 10/15/2021 | 21180 | GARY SIELER | X | -100.00 | -233,005.89 |
| Bill Pmt -Check | 10/20/2021 | | KRIGEL & KRIGEL | X | -35,000.00 | -268,005.89 |
| Bill Pmt -Check | 10/20/2021 | | PAYCHEX, INC | X | -323.94 | -268,329.83 |
| Bill Pmt -Check | 10/20/2021 | | PAYCHEX, INC | X | -110.00 | -268,439.83 |
| Bill Pmt -Check | 10/20/2021 | | GUARDIAN | X | -37.80 | -268,477.63 |
| Bill Pmt -Check | 10/22/2021 | | HUMANA INSURAN... | X | -8,427.36 | -276,904.99 |
| Bill Pmt -Check | 10/22/2021 | 21191 | HOOK N HAUL DU... | X | -1,950.00 | -278,854.99 |
| Bill Pmt -Check | 10/22/2021 | | PITNEY BOWES-P... | X | -1,780.04 | -280,635.03 |

Page 1

9:15 AM
11/05/21

## Interstate Underground Warehouse and Industrial Park, Inc.
## Reconciliation Detail
### 10004 · CENTRAL BANK OP ACCT (METCALF), Period Ending 10/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| General Journal | 10/22/2021 | | | X | -1,187.64 | -281,822.67 |
| Bill Pmt -Check | 10/22/2021 | 21189 | CENTRAL INDUST… | X | -1,086.00 | -282,908.67 |
| General Journal | 10/22/2021 | | | X | -871.32 | -283,779.99 |
| Bill Pmt -Check | 10/22/2021 | 21192 | DELTA DENTAL | X | -418.20 | -284,198.19 |
| Bill Pmt -Check | 10/22/2021 | 21193 | PITNEY BOWES-P… | X | -400.00 | -284,598.19 |
| Bill Pmt -Check | 10/22/2021 | 21187 | Ronny J Cutler | X | -255.41 | -284,853.60 |
| Bill Pmt -Check | 10/22/2021 | | EVERGY 3852 | X | -111.56 | -284,965.16 |
| Bill Pmt -Check | 10/22/2021 | 21188 | Walter E. Cook | X | -71.31 | -285,036.47 |
| Bill Pmt -Check | 10/25/2021 | | CITI CARDS | X | -4,000.00 | -289,036.47 |
| Bill Pmt -Check | 10/25/2021 | | STATE FARM INSU… | X | -144.32 | -289,180.79 |
| Bill Pmt -Check | 10/28/2021 | | E3 HR, INC | X | -26,163.03 | -315,343.82 |
| Bill Pmt -Check | 10/29/2021 | 21196 | JAZIEL QUEZADA | X | -1,890.00 | -317,233.82 |
| Bill Pmt -Check | 10/29/2021 | 21198 | RICARDO JESUS N… | X | -1,530.00 | -318,763.82 |
| Bill Pmt -Check | 10/29/2021 | 21195 | EDMER MURCIA | X | -1,280.00 | -320,043.82 |
| Bill Pmt -Check | 10/29/2021 | 21203 | JASEN WESTENB… | X | -75.00 | -320,118.82 |
| Total Checks and Payments | | | | | -320,118.82 | -320,118.82 |
| **Deposits and Credits - 56 items** | | | | | | |
| Bill Pmt -Check | 10/01/2021 | | EFRAIN GARAGE … | X | 0.00 | 0.00 |
| General Journal | 10/06/2021 | | | X | 79.54 | 79.54 |
| Deposit | 10/08/2021 | | | X | 3,580.00 | 3,659.54 |
| Deposit | 10/08/2021 | | | X | 5,021.00 | 8,680.54 |
| Deposit | 10/08/2021 | | | X | 5,734.00 | 14,414.54 |
| Deposit | 10/08/2021 | | | X | 6,700.00 | 21,114.54 |
| Deposit | 10/08/2021 | | | X | 12,285.50 | 33,400.04 |
| Bill Pmt -Check | 10/11/2021 | 21169 | REARDON PALLET… | X | 0.00 | 33,400.04 |
| Deposit | 10/12/2021 | | | X | 4,654.00 | 38,054.04 |
| Bill Pmt -Check | 10/15/2021 | | IPFS | X | 0.00 | 38,054.04 |
| Deposit | 10/15/2021 | | | X | 101.51 | 38,155.55 |
| Deposit | 10/15/2021 | | | X | 195.30 | 38,350.85 |
| Deposit | 10/15/2021 | | | X | 254.61 | 38,605.46 |
| Deposit | 10/15/2021 | | | X | 354.37 | 38,959.83 |
| Deposit | 10/15/2021 | | | X | 404.01 | 39,363.84 |
| Deposit | 10/15/2021 | | | X | 433.21 | 39,797.05 |
| Deposit | 10/15/2021 | | | X | 593.64 | 40,390.69 |
| Deposit | 10/15/2021 | | | X | 717.26 | 41,107.95 |
| Deposit | 10/15/2021 | | | X | 887.42 | 41,995.37 |
| Deposit | 10/15/2021 | | | X | 902.16 | 42,897.53 |
| Deposit | 10/15/2021 | | | X | 949.41 | 43,846.94 |
| Deposit | 10/15/2021 | | | X | 1,236.03 | 45,082.97 |
| Deposit | 10/15/2021 | | | X | 1,284.60 | 46,367.57 |
| Deposit | 10/15/2021 | | | X | 1,556.50 | 47,924.07 |
| Deposit | 10/15/2021 | | | X | 2,243.47 | 50,167.54 |
| Deposit | 10/15/2021 | | | X | 3,249.97 | 53,417.51 |
| Deposit | 10/15/2021 | | | X | 3,305.00 | 56,722.51 |
| Deposit | 10/15/2021 | | | X | 3,641.82 | 60,364.33 |
| Deposit | 10/15/2021 | | | X | 6,501.53 | 66,865.86 |
| Deposit | 10/15/2021 | | | X | 7,069.48 | 73,935.34 |
| Deposit | 10/15/2021 | | | X | 23,025.41 | 96,960.75 |
| Deposit | 10/15/2021 | | | X | 153,746.00 | 250,706.75 |
| Deposit | 10/19/2021 | | | X | 264.56 | 250,971.31 |
| Deposit | 10/19/2021 | | | X | 538.67 | 251,509.98 |
| Deposit | 10/19/2021 | | | X | 664.72 | 252,174.70 |
| Deposit | 10/19/2021 | | | X | 899.71 | 253,074.41 |
| Deposit | 10/19/2021 | | | X | 1,193.49 | 254,267.90 |
| Deposit | 10/19/2021 | | | X | 1,852.20 | 256,120.10 |
| Deposit | 10/19/2021 | | | X | 2,302.95 | 258,423.05 |
| Deposit | 10/19/2021 | | | X | 2,431.10 | 260,854.15 |
| Deposit | 10/19/2021 | | | X | 3,828.63 | 264,682.78 |
| Deposit | 10/20/2021 | | | X | 984.00 | 265,666.78 |
| Deposit | 10/20/2021 | | | X | 4,750.00 | 270,416.78 |
| Deposit | 10/20/2021 | | | X | 6,497.35 | 276,914.13 |
| Deposit | 10/29/2021 | | | X | 144.79 | 277,058.92 |
| Deposit | 10/29/2021 | | | X | 198.47 | 277,257.39 |
| Deposit | 10/29/2021 | | | X | 244.95 | 277,502.34 |
| Deposit | 10/29/2021 | | | X | 306.12 | 277,808.46 |
| Deposit | 10/29/2021 | | | X | 911.09 | 278,719.55 |
| Deposit | 10/29/2021 | | | X | 1,274.69 | 279,994.24 |

9:15 AM
11/05/21

# Interstate Underground Warehouse and Industrial Park, Inc.
## Reconciliation Detail
### 10004 · CENTRAL BANK OP ACCT (METCALF), Period Ending 10/31/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 10/29/2021 | | | X | 1,568.53 | 281,562.77 |
| Deposit | 10/29/2021 | | | X | 1,723.57 | 283,286.34 |
| Deposit | 10/29/2021 | | | X | 1,907.44 | 285,193.78 |
| Deposit | 10/29/2021 | | | X | 2,200.00 | 287,393.78 |
| Deposit | 10/29/2021 | | | X | 3,095.49 | 290,489.27 |
| Deposit | 10/29/2021 | | | X | 13,766.25 | 304,255.52 |
| Total Deposits and Credits | | | | | 304,255.52 | 304,255.52 |
| Total Cleared Transactions | | | | | -15,863.30 | -15,863.30 |
| Cleared Balance | | | | | -15,863.30 | 291,548.80 |

**Uncleared Transactions**
**Checks and Payments - 28 items**

| Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---|---|
| Bill Pmt -Check | 02/21/2020 | 20090 | CASH | -1,565.00 | -1,565.00 |
| Bill Pmt -Check | 04/17/2020 | 20171 | CASH | -1,265.00 | -2,830.00 |
| Bill Pmt -Check | 09/25/2020 | 20454 | DOUG WOOD | -360.00 | -3,190.00 |
| Bill Pmt -Check | 01/13/2021 | | KCMO WATER - 40... | -2,111.87 | -5,301.87 |
| Bill Pmt -Check | 03/05/2021 | 20721 | JESSICA MAYORGA | -320.00 | -5,621.87 |
| Bill Pmt -Check | 07/09/2021 | 20944 | Kevin Haynes | -500.00 | -6,121.87 |
| Bill Pmt -Check | 07/10/2021 | | PITNEY BOWES-P... | -250.00 | -6,371.87 |
| Bill Pmt -Check | 07/21/2021 | 20954 | SUTHERLANDS | -1,560.38 | -7,932.25 |
| Bill Pmt -Check | 08/06/2021 | 20976 | KONSTANCE HAY... | -500.00 | -8,432.25 |
| Bill Pmt -Check | 08/20/2021 | 21088 | KONSTANCE HAY... | -500.00 | -8,932.25 |
| Bill Pmt -Check | 09/03/2021 | 21114 | KONSTANCE HAY... | -500.00 | -9,432.25 |
| Bill Pmt -Check | 09/17/2021 | 21137 | KONSTANCE HAY... | -500.00 | -9,932.25 |
| Bill Pmt -Check | 10/01/2021 | 21152 | KONSTANCE HAY... | -500.00 | -10,432.25 |
| Bill Pmt -Check | 10/15/2021 | 21177 | OLGA HERNANDEZ | -1,040.00 | -11,472.25 |
| Bill Pmt -Check | 10/15/2021 | 21185 | KONSTANCE HAY... | -500.00 | -11,972.25 |
| Bill Pmt -Check | 10/27/2021 | 21194 | STATE FARM INSU... | -201.42 | -12,173.67 |
| Bill Pmt -Check | 10/29/2021 | 21210 | CUSTOM REFRIGE... | -40,000.00 | -52,173.67 |
| Bill Pmt -Check | 10/29/2021 | 21208 | AVID COMMUNICA... | -2,400.48 | -54,574.15 |
| Bill Pmt -Check | 10/29/2021 | 21211 | HOOK N HAUL DU... | -2,047.50 | -56,621.65 |
| Bill Pmt -Check | 10/29/2021 | 21197 | OLGA HERNANDEZ | -1,040.00 | -57,661.65 |
| Bill Pmt -Check | 10/29/2021 | 21201 | DENNIS SPEER | -1,000.00 | -58,661.65 |
| Bill Pmt -Check | 10/29/2021 | 21212 | PRESTO X COMPA... | -918.00 | -59,579.65 |
| Bill Pmt -Check | 10/29/2021 | 21209 | CIT | -710.77 | -60,290.42 |
| Bill Pmt -Check | 10/29/2021 | 21199 | AMANDA PLOTNER | -500.00 | -60,790.42 |
| Bill Pmt -Check | 10/29/2021 | 21200 | Joseph TEMM | -500.00 | -61,290.42 |
| Bill Pmt -Check | 10/29/2021 | 21205 | Kevin Haynes | -500.00 | -61,790.42 |
| Bill Pmt -Check | 10/29/2021 | 21204 | KONSTANCE HAY... | -500.00 | -62,290.42 |
| Bill Pmt -Check | 10/29/2021 | 21202 | JOE BRAEKEL | -75.00 | -62,365.42 |
| Total Checks and Payments | | | | -62,365.42 | -62,365.42 |
| Total Uncleared Transactions | | | | -62,365.42 | -62,365.42 |
| Register Balance as of 10/31/2021 | | | | -78,228.72 | 229,183.38 |

**New Transactions**
**Checks and Payments - 3 items**

| Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---|---|
| Bill Pmt -Check | 11/01/2021 | | IPFS | -22,743.80 | -22,743.80 |
| Bill Pmt -Check | 11/01/2021 | 21207 | CBIZ MHM LLC | -10,000.00 | -32,743.80 |
| Bill Pmt -Check | 11/01/2021 | 21206 | LESLIE REEDER | -8,000.00 | -40,743.80 |
| Total Checks and Payments | | | | -40,743.80 | -40,743.80 |
| Total New Transactions | | | | -40,743.80 | -40,743.80 |
| **Ending Balance** | | | | **-118,972.52** | **188,439.58** |

8:43 AM
10/20/21

# Interstate Underground Warehouse and Industrial Park, Inc.
## Reconciliation Summary
### 10004.5 · CENTRAL BANK SAVINGS ACCOUNT, Period Ending 10/12/2021

|  | Oct 12, 21 |
|---|---:|
| Beginning Balance | 10,000.91 |
| Cleared Transactions | |
|     Deposits and Credits - 1 item | 0.33 |
| Total Cleared Transactions | 0.33 |
| **Cleared Balance** | **10,001.24** |
| Register Balance as of 10/12/2021 | 10,001.24 |
| Ending Balance | 10,001.24 |

8:43 AM
10/20/21

# Interstate Underground Warehouse and Industrial Park, Inc.
## Reconciliation Detail
### 10004.5 · CENTRAL BANK SAVINGS ACCOUNT, Period Ending 10/12/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 10,000.91 |
|   Cleared Transactions | | | | | | |
|     Deposits and Credits - 1 item | | | | | | |
| General Journal | 10/12/2021 | | | X | 0.33 | 0.33 |
|     Total Deposits and Credits | | | | | 0.33 | 0.33 |
|   Total Cleared Transactions | | | | | 0.33 | 0.33 |
| Cleared Balance | | | | | 0.33 | 10,001.24 |
| Register Balance as of 10/12/2021 | | | | | 0.33 | 10,001.24 |
| Ending Balance | | | | | 0.33 | 10,001.24 |

Page 1