MOW 3007-1.1    (4/2021)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERSTATE UNDERGROUND WAREHOUSE ) | |
|     AND INDUSTRIAL PARK, INC. ) | Case. No. 21-40834 |
| ) | Chapter 11 |
| Debtor. ) | |

**OBJECTION TO CLAIM**

Comes now Movant Interstate Underground Warehouse and Industrial Park, Inc., and hereby objects to the Proof of Claim filed by creditor **MarksNelson, LLC**, in the amount of $4,171.29, and filed on August 20, 2021. The court claim number is 9-1.

**Your claim may be reduced, modified, or eliminated. You should read this document carefully and discuss it with your attorney, if you have one.**

Pursuant to Local Rule 3007-1 (C), the Claimant shall have 30 days after service of the Objection in which to file a Response, if you do not want the court to eliminate or change your claim. The Response shall be in writing and state why the claim should be allowed as filed. If a Response is filed, the Court will schedule a hearing. If no timely Response is filed, the Court will enter an Order sustaining the Objection to the Claim. Parties not represented by an attorney shall mail a Response to the Court at **U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106.** Debtor(s) not represented by an attorney must be served a copy of the Response by regular mail. If your Response is mailed, it must be early enough so that the court will receive it on or before 30 days after service of the Objection.

The basis for the objection is as follows: (PLEASE CHECK ONLY THE APPLICABLE BOXES)

☒    The claim should be disallowed entirely because the services rendered were for Interstate Underground Warehouse LLC and not for the Debtor.

MOW 3007-1.1    (4/2021)

Dated: 12/20/2021                                KRIGEL & KRIGEL, P.C.


                                                 /s/ Erlene W. Krigel
                                                 Erlene W. Krigel, MO #29416
                                                 4520 Main St., Ste. 700
                                                 Kansas City, MO  64111
                                                 Telephone: (816) 756-5800
                                                 Fax: (816) 756-1999
                                                 Email:  ekrigel@krigelandkrigel.com
                                                 ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I Erlene W. Krigel, hereby certify that a true and correct copy of the Objection to Claim was mailed to MarksNelson LLC by first class mail this 20th day of December, 2021:

McNeilePappas, PC
c/o Austin B. Hayden
7500 W. 110th St., Ste. 110
Overland Park, KS 66210


and mailed or emailed to all other parties listed on the Court's ECF noticing system.

Dated: 12/20/2021                                /s/ Erlene W. Krigel
                                                 Erlene W. Krigel


**Court address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106**

**Instructions: Complete all parts of the form and serve on the affected parties**


ECF Event: Bankruptcy>Claim Actions>Objection to Claim (includes 30-day notice)