MOW 3007-1.1    (4/2021)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| INTERSTATE UNDERGROUND WAREHOUSE ) | |
| AND INDUSTRIAL PARK, INC. ) | Case. No. 21-40834 |
| ) | Chapter 11 |
| Debtor. ) | |

**OBJECTION TO CLAIM**

Comes now Movant Interstate Underground Warehouse and Industrial Park, Inc., and hereby objects to the Proof of Claim filed by creditor **Jackson County Collector**, in the amount of $21,293.24, and filed on July 23, 2021. The court claim number is #7.

**Your claim may be reduced, modified, or eliminated. You should read this document carefully and discuss it with your attorney, if you have one.**

Pursuant to Local Rule 3007-1 (C), the Claimant shall have 30 days after service of the Objection in which to file a Response, if you do not want the court to eliminate or change your claim. The Response shall be in writing and state why the claim should be allowed as filed. If a Response is filed, the Court will schedule a hearing. If no timely Response is filed, the Court will enter an Order sustaining the Objection to the Claim. Parties not represented by an attorney shall mail a Response to the Court at **U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106.** Debtor(s) not represented by an attorney must be served a copy of the Response by regular mail. If your Response is mailed, it must be early enough so that the court will receive it on or before 30 days after service of the Objection.

The basis for the objection is as follows:

☒    The claim should be disallowed entirely because the unpaid taxes included in the Proof of Claim are for properties owned by Interstate Underground Warehouse LLC and not the Debtor.

Dated: December 21, 2021                    KRIGEL & KRIGEL, P.C.

 /s/ Erlene W. Krigel
Erlene W. Krigel, MO #29416
4520 Main St., Ste. 700
Kansas City, MO  64111
Telephone: (816) 756-5800
Fax: (816) 756-1999
Email:  ekrigel@krigelandkrigel.com
ATTORNEYS FOR DEBTOR

MOW 3007-1.1     (4/2021)

## CERTIFICATE OF SERVICE

I, Erlene W. Krigel, hereby certify that a true and correct copy of the Objection to Claim was mailed to Jackson County Collector, Bankruptcy Department, 415 East 12th Street, Suite 100, Kansas City, Missouri 64106, by first class mail this 21st day of December, 2021 and emailed or mailed to all interested parties or creditors listed on the Court's ECF noticing system.

Dated: December 21, 2021                           /s/ Erlene W. Krigel
                                                   Erlene W. Krigel

**Court address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106**

**Instructions: Complete all parts of the form and serve on the affected parties**

ECF Event: Bankruptcy>Claim Actions>Objection to Claim (includes 30-day notice)