MOW 3007-1.1    (4/2021)

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERSTATE UNDERGROUND WAREHOUSE ) | |
|     AND INDUSTRIAL PARK, INC.    ) | Case. No. 21-40834 |
| ) | Chapter 11 |
|     Debtor.    ) | |

**OBJECTION TO CLAIM**

Comes now Movant Interstate Underground Warehouse and Industrial Park, Inc., and hereby objects to the Proof of Claim filed by creditor **CCC Capital Investments, LLC**, in the amount of $33,000.00, and filed on December 2, 2021. The court claim number is 31.

**Your claim may be reduced, modified, or eliminated. You should read this document carefully and discuss it with your attorney, if you have one.**

Pursuant to Local Rule 3007-1 (C), the Claimant shall have 30 days after service of the Objection in which to file a Response, if you do not want the court to eliminate or change your claim. The Response shall be in writing and state why the claim should be allowed as filed. If a Response is filed, the Court will schedule a hearing. If no timely Response is filed, the Court will enter an Order sustaining the Objection to the Claim. Parties not represented by an attorney shall mail a Response to the Court at **U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106.** Debtor(s) not represented by an attorney must be served a copy of the Response by regular mail. If your Response is mailed, it must be early enough so that the court will receive it on or before 30 days after service of the Objection.

The basis for the objection is as follows: (PLEASE CHECK ONLY THE APPLICABLE BOXES)

☒    The claim should be disallowed entirely because the Promissory Note is executed by Seven at KC LLC and not the Debtor   The Debtor did not guaranty this alleged debt.

Dated: 12/21/2021                                        KRIGEL & KRIGEL, P.C.


 /s/ Erlene W. Krigel
Erlene W. Krigel, MO #29416
4520 Main St., Ste. 700
Kansas City, MO  64111
Telephone: (816) 756-5800

MOW 3007-1.1    (4/2021)

Fax: (816) 756-1999<br>
Email: ekrigel@krigelandkrigel.com<br>
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I Erlene Krigel hereby certify that a true and correct copy of the Objection to Claim was mailed to CCC Capital Investments, LLC by first class mail this 21st day of December, 2021:

| | |
|---|---|
| Cyrus Contractor, Member | CCC Capital Investments, LLC |
| CCC Capital Investments LLC | 9339 Tomashaw lane |
| %Colin N. Gotham | Lenexa, KS 66219 |
| Evans & Mullinix, P.A. | |
| 7225 Renner Road, Ste. 200 | |
| Shawnee, KS 66217 | |

And to all parties in interest and creditors requesting notice electronically via the court's Electronic System.

Dated: 12/21/2021                                      /s/ Erlene W. Krigel
                                                       Erlene W. Krigel

**Court address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106**

**Instructions: Complete all parts of the form and serve on the affected parties**

ECF Event: Bankruptcy>Claim Actions>Objection to Claim (includes 30-day notice)