IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INTERSTATE UNDERGROUND WAREHOUSE | ) | Case No. 21-40834-DRD |
| AND INDUSTRIAL PARK, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF RULE 2004 EXAMINATION**

TO:    Stacy Reeder Robinson

PLEASE TAKE NOTICE that Stacy Reeder Robinson is to appear for examination in accordance with the Federal Rules of Bankruptcy Procedure 2004 in the offices of counsel for Interstate Underground Warehouse and Industrial Park, Inc., **remotely via Veritext Legal Solutions** on January 12, 2022 at 1:30pm (central time).    The examination may continue from day to day until completed and will be stenographically recorded by a certified court reporter.  The scope of the examination shall be as described in Fed R. Civ. P. 26 and 30 and as further described in the attached areas of inquiry.

The undersigned counsel hereby certifies that the proposed examination date is more than seven days from the date of this Notice in compliance with LBR 2004.1

Respectfully Submitted:

EVANS & MULLINIX, P.A.

Dated:  1/04/2022

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Creditor, Wayne Reeder*

00922482

# CERTIFICATE OF SERVICE

  I, Colin N. Gotham, hereby certify that on this 4th day of January 2022, a true and correct copy of the foregoing Notice of 2004 Examination was served electronically to Debtor's counsel, and the interested parties registered to receive ECF notification from the court, and served by U.S. first-class mail, postage prepaid, to:

Stacy Reeder Robinson
32130 Harbor View Lane
Westlake Village, CA 91361

                */s/ Colin N. Gotham*
                Colin N. Gotham