### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MISSOURI
### AT KANSAS CITY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC. | ) Case No. 21-40834-DRD </br> ) Chapter 11 |
| | ) |
| Debtor. | ) |

## RESPONSE TO OBJECTION TO CLAIM

COMES NOW Creditor, CCC Capital Investments, LLC, by and through Counsel, Colin N. Gotham, of Evans & Mullinix, P.A., and for its Response to the Objection to Claim, Court Claim No. 24, states as follows:

1. Creditor denies the facts and legal arguments contained in Debtor's Objection to Claim.
2. Upon information and belief, the alleged subsidiary, Interstate Underground Warehouse and Distribution, was the alter ego of the Debtor. No corporate formalities were observed by Interstate Underground Warehouse and Distribution and the Debtor.
3. Creditor further asserts that the Debtor was the intended beneficiary of the advanced funds and Debtor specifically agreed to pay for the advance from Creditor.
4. Upon information and belief, the funds were untimely utilized by the Debtor and not the alleged subsidiary.
5. The corporate existence of Interstate Underground Warehouse and Distribution is a sham, and otherwise should not be recognized as the entity was not properly formed and did not operate as a limited liability company.
6. Creditor further asserts that additional discovery is needed to fully understand the issues and reserves the right to further amend and assert additional legal theories.

WHEREFORE, Creditor, CCC Capital Investments, LLC, pays that this Court deny the Objection to Claim and for such other relief as the Court deems just and equitable.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys for Creditor*
*CCC Capital Investments, LLC*

00923645

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2022, a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system and via U.S. First Class Mail, postage prepaid to the following:

Erlene Krigel
Krigel & Krigel, PC
4520 Main Street, Suite 700
Kansas City, MO  64111

                                                  */s/ Colin N. Gotham*
                                                  Colin N. Gotham