**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**AT KANSAS CITY**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INTERSTATE UNDERGROUND WAREHOUSE ) | Case No. 21-40834-DRD |
| AND INDUSTRIAL PARK, INC.                  ) | Chapter 11 |
| ) | |
| _____Debtor._____ ) | |

## AMENDED RESPONSE TO OBJECTION TO CLAIM

COMES NOW Creditor, CCC Capital Investments, LLC, by and through Counsel, Colin N. Gotham, of Evans & Mullinix, P.A., and for its Response to the Objection to Claim, Court Claim No. 23, states as follows:

1. Creditor denies the facts and legal arguments contained in Debtor's Objection to Claim.
2. The checks attached to the Proof of Claim are made payable to the Debtor or the party directed by the Debtor.
3. The Debtor received the benefit of the funds by check or wire transfer.

WHEREFORE, Creditor, CCC Capital Investments, LLC, pays that this Court deny the Objection to Claim and for such other relief as the Court deems just and equitable.

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys for Creditor*
*CCC Capital Investments, LLC*

00923766

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2022, a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system and via U.S. First Class Mail, postage prepaid to the following:

                                        */s/ Colin N. Gotham*
                                        Colin N. Gotham