UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                )
                                      )
INTERSTATE UNDERGROUND                )
WAREHOUSE AND INDUSTRIAL              )   Case No. 21-40834-DRD11
 PARK, INC.,                          )
                                      )
        Debtor.                       )

NOTICE OF INTENT TO ISSUE SUBPOENA

**NOTICE IS HEREBY GIVEN**, pursuant to Rule 9001, that Sanford P. Krigel, attorney for Debtor in the above-stated case, hereby files his notice that he intends to issue a subpoena upon Harrah's Kansas City, LLC. A copy of the proposed subpoena is attached as **Exhibit A**.

KRIGEL & KRIGEL, P.C.

/s/Sanford P. Krigel
Sanford P. Krigel MO 27382
4520 Main Street, Suite 700
Kansas City, Missouri 64111
TEL: (816) 756-5800
FAX: (816) 756-1999
skrigel@krigelandkrigel.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE and attached subpoena was filed with the Clerk of the Bankruptcy Court via the ECF system on this 9th day of February 2022, and was emailed to all creditors and parties in interest listed on the Court's ECF noticing system and to the following:

Wayne Reeder
c/o Colin N. Gotham
7225 Renner Road, Ste. 200
Shawnee, KS 66217
cgotham@emlawkc .com

/s/Sanford P. Krigel
Sanford P. Krigel