**United States Bankruptcy Court**
**District of Kansas**

In re    Interstate Underground Warehouse and Industrial Park, Inc.                              Case No.    21-40834-drd
                                                            Debtor(s)                             Chapter     11

# NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

**The Creditor's former mailing address was:**

Name:    Wayne Reeder

Address:    600 East Admiral Blvd. #2001
            Kansas City, MO 64106-1519

**The Creditor's new mailing address is:**

Name:    Wayne Reeder

Address:    800 NW Argosy Parkway
            Riverside, MO 64150

Respectfully Submitted:

EVANS & MULLINIX, P.A.

*/s/ Colin N. Gotham*
Colin N. Gotham, KS #19538; MO #52343
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8701 (Fax)
cgotham@emlawkc.com
*Attorneys For Debtor*

00925396