UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC. Debtor. | ) ) ) ) | Case. No. 21-40834-DRD Chapter 11 |

### DEBTOR'S WITNESS LIST

The Debtor may call the following witnesses at the hearing now set for March 9, 2022:

1. Leslie Reeder, CEO of the Debtor

2. Joe Temm, Bookkeeper of the Debtor

3. Any witnesses needed for rebuttal

4. Any witnesses on any other party's Witness List

KRIGEL & KRIGEL, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel, No. 29416
4520 Main Street, Suite 700
Kansas City, Missouri 64111
TEL: 816-756-5800
FAX: 816-756-1999
ATTORNEYS FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2022, a true and correct copy of the above and foregoing was either mailed via U.S. Mail, postage prepaid, to all parties in interest and creditors listed on the ECF noticing system.

/s/ Erlene W. Krigel
Erlene W. Krigel