IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF MISSOURI

In re:    INTERSTATE UNDERGROUND WAREHOUSE )
          AND INDUSTRIAL PARK, INC. )    Case. No. 21-40834
               Debtor. )    Chapter 11
                                                       )

<u>AFFIDAVIT OF ERLENE KRIGEL</u>
<u>REGARDING SUMMARY OF BALLOTS FOR PLAN OF REORGANIZATION FILED ON</u>
<u>JANUARY 31, 2022 AND AMENDED PLAN FILED ON MARCH 1, 2022</u>

I, Erlene W. Krigel, upon my oath, state that I have received 12 ballots in the above- referenced proceeding and the following is an accurate summary of the balloting:

| | AMOUNT OF CLAIM | ACCEPT | REJECT |
|---|---|---|---|
| CLASS ONE:<br>Woodmen of the World | $2,269,303.25 | X | |
| CLASS TWO:<br>C. Floyd and Sharon Anderson | $853,228.00 | X | |
| CLASS THREE:<br>Optima, LLC | $604,750.83 | X | |
| CLASS FOUR:<br>Ford Motor Credit | $20,783.23 | X | |
| CLASS FIVE:<br>Ford Motor Credit | $11,923.29 | X | |
| CLASS SIX:<br>Citizens Bank & Trust Co. | $7,318,202.21 | X | |
| CLASS SEVEN: | No Ballot Returned | | |
| CLASS EIGHT: | No Ballot Returned | | |
| CLASS NINE: | No Ballot Returned | | |
| CLASS TEN: | | | |

1

| | | | |
|---|---|---|---|
| Lease Consultants Corporation | $23,555.07 | X | |
| | | | |
| CLASS ELEVEN: | No Ballot Returned | | |
| | | | |
| CLASS TWELVE: | No Ballot Returned | | |
| | | | |
| **CLASS THIRTEEN:** | | | |
| Excellent Holdings, LLC | $1,100 | X | |
| MarksNelson, LLC | $4,171.29 | | X |
| Custom Refrigeration Solutions | $0 | X | |
| Wayne Reeder | $0 | | X |
| | | | |
| **CLASS FOURTEEN:** | | | |
| Kline Van & Specialty Rental, LLC | $11,500,00 | | X |
| | | | |
| CLASS FIFTEEN: | No Ballot Returned | | |

/s/ *Erlene W. Krigel*
Erlene W. Krigel

Subscribed and sworn before me this 4th day of March, 2022.

/s/ *Jamie L. Dulle*
Notary Public

My Commission Expires: 12/20/2024

```
Jamie L. Dulle
Notary Public – Notary Seal
STATE OF MISSOURI
JACKSON COUNTY
MY COMMISSION EXPIRES Dec.20, 2024
Commission # 04380446
```

Submitted by:

KRIGEL & KRIGEL, P.C.

/s/ *Erlene W. Krigel*
Erlene W. Krigel, No. 29416
4520 Main St., Ste. 700
Kansas City, Missouri 64111
(816) 756-5800
FAX: (816) 756-1999
ekrigel@krigelandkrigel.com
ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

    I hereby certify that on March 4, 2022, a copy of the foregoing was mailed, electronically, to all persons requesting notice through the Court's ECF noticing system.

/s/ *Erlene W. Krigel*
Erlene W. Krigel