MOW 7016-1.21 (04/14)

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC., Debtor | Case No. 21-40834-drd-11 |

**EXHIBIT INDEX**

| | = | Offered & Admitted w/o objection | X | = | Offered & Admitted over objection |
|---|---|---|---|---|---|
| Ex. | = | Offered, but objected to and excluded | N.O. | = | Marked but not offered |
| D.B. | = | Admitted, de bene | W.D. | = | Offered then withdrawn exhibit |
| Ltd. | = | Admitted for limited purpose | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| A | | | | Plan of Reorganization filed January 31, 2022 |
| B | | | | Disclosure Statement and Exhibits filed January 31, 2022 |
| C | | | | First Amended Plan of Reorganization filed March 1, 2022 |
| D | | | | Summary of Ballots |
| E | | | | |
| F | | | | |
| G | | | | Any exhibits needed for rebuttal |
| H | | | | Any exhibits on any other party's Exhibit List |
| | | | | |

Page # __1__   I CERTIFY that I have this date _____ received from the Clerk, U. S. Bankruptcy Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

  Erlene Krigel
PRINTED NAME                              SIGNATURE /s/ Erlene Krigel