**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

**In re:**

**INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC.**

        **Debtor.**

Case 21-40834-drd
Chapter 11

## ORDER RESOLVING OBJECTION TO PROOF OF CLAIM NUMBERED 16 OF ROBERT TAYLOR

The Court takes up the Creditor Robert Taylor's Proof of Claim #16, the Debtor Interstate Underground Warehouse and Industrial Park, Inc.'s Objection thereto; and the Response filed by Robert Taylor.

The Court finds that Creditor Robert Taylor and the Debtor have reached an agreement with respect to Robert Taylor's Proof of Claim, which was filed on October 27, 2021; the Debtor's Objection to the Proof of Claim, which was filed on January 18, 2022 (Doc. #282); and Robert Taylor's Response to Debtor's Objection filed on or about January 28, 2022 (Doc. #316).

The Court further finds that the parties have agreed that Robert Taylor shall have an approved and allowed unsecured non-priority claim in Proof of Claim #16 of $18,000 and all other sums claimed by Robert Taylor in Proof of Claim #16 shall be disallowed.

SO ORDERED.

**Dated: March 21, 2022**

                                              /s/ *Dennis R. Dow*
                                              Honorable, Dennis R. Dow
                                              UNITED STATES BANKRUPTCY JUDGE

00926613

2

Submitted by:

Erlene W. Krigel MO 29416
KRIGEL & KRIGEL, P.C.
4520 Main Street Suite 700
Kansas City MO 64111
(816) 756-5800
ekrigel@krigelandkrigel.com
ATTORNEYS FOR DEBTOR


 Jonathan L. Lowrey MO 63977
LOWREY LEGAL LLC
1819 Central Street
Kansas City, MO 64108
(816) 701-9540
Jonathan@lowreylegal.com
ATTORNEYS FOR CREDITOR ROBERT TAYLOR

00926613

2