**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **In re:** <br><br> **INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC.** <br> **Debtor.** | Case 21-40834-drd <br> Chapter 11 |

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM**
**#11 FILED BY ADAM N. LEON dba LION'S PLUMBING**

The Court takes up the Creditor Adam N. Leon dba Lion's Plumbing Proof of Claim #11, filed on August 26, 2021, and the Debtor Interstate Underground Warehouse and Industrial Park, Inc.'s Objection (Doc. #322) filed on January 31, 2022.

The Court finds that the Creditor Adam N. Leon dba Lion's Plumbing did not file a timely response to the Debtor's Objection.

The Court finds that the Debtor agrees to a portion of Adam N. Leon dba Lion's Plumbing's Proof of Claim #11. Adam N. Leon dba Lion's Plumbing shall have an unsecured non-priority claim in the amount of $8,585.41. This amount is for work performed on June 2, 2019. The remainder of the claim in the amount of $12,300.00 is disallowed, as this amount is for work that was either not authorized or not performed.

IT IS HEREBY ORDERED that the Claim of Creditor Adam N. Leon dba Lion's Plumbing shall be allowed as a general unsecured non-priority claim in the amount of $8,585.41 and shall be disallowed as to the balance of $12,300.00.

Dated: March 22, 2022      */s/ Dennis R. Dow*
                                                 Honorable, Dennis R. Dow
                                                 UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Erlene W. Krigel MO 29416
KRIGEL & KRIGEL, P.C.
4520 Main Street Suite 700
Kansas City MO 64111
(816) 756-5800
ekrigel@krigelandkrigel.com
ATTORNEYS FOR DEBTOR


/s/ Elizabeth S. Lynch
Elizabeth S. Lynch, MO 57502
Lynch, Sharp & Associates, L.L.C.
9229 Ward Parkway, Suite 370
Kansas City, MO 64114
816.434.6616 phone
816.523.5667 fax
lynch@lynchsharp.com
www.lynchsharp.com
ATTORNEY FOR CREDITOR