IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF MISSOURI

| In Re: | ) | |
|---|---|---|
| INTERSTATE UNDERGROUND WAREHOUSE AND INDUSTRIAL PARK, INC., | ) ) ) ) | Case No. 21-40834-DRD11 |
| Debtor. | ) | |

## NOTICE OF ATTORNEYS' FEES AND EXPENSES FOR THE MONTH OF FEBRUARY 2022

Pursuant to Court's Order of 11/22/21 granting Debtor's Motion to Approve Procedures for Interim Compensation and Reimbursement of Professionals' Fees, Debtor's Counsel is required to provide monthly statements for 10-day review by the US Trustee, the secured creditors and any other parties listed on the ECF noticing system. If none of the reviewing parties object in writing within ten (10) days: (a) 100% of fees for services rendered by Krigel & Krigel, P.C. to Debtor may be paid, subject to a 20% holdback (which Krigel & Krigel, P.C. may apply for no more than once every 120 days); and (b) 100% of Krigel & Krigel, P.C.'s expenses may be paid. Notwithstanding, as set forth in the Order, all fees and expense paid are subject to approval at the time of Krigel & Krigel, P.C.'s final fee application.

Accordingly, Debtor hereby files and serves on the US Trustee, the secured creditor and any other parties listed on the ECF noticing system, the monthly statements attached hereto as **Exhibit A**, which are summarized as follows:

**SUMMARY**

| Services | Rate | Tl Hours | Tl Amount | 20% Holdback | Tl Minus 20% |
|---|---|---|---|---|---|
| Staff Fees | $50 | 1.50 | 75.00 | 15.00 | 60.00 |
| Staff Fees | $75 | 15.00 | 1,125.00 | 225.00 | 900.00 |
| Staff Fees | $100 | 18.80 | 1,880.00 | 376.00 | 1,504.00 |
| Staff Fees | $105 | 0.30 | 31.50 | 6.30 | 25.20 |
| Legal Fees EK | $275 | 20.90 | 5,747.50 | 1,149.50 | 4,598.00 |

| Legal Fees KR | $275 | 4.00 | 1,100.00 | 220.00 | 880.00 |
| Legal Fees SK | $350 | 46.05 | 16,117.50 | 3,223.50 | 12,894.00 |
| **TOTAL FEES** | | 125.30 | 26,076.50 | 5,215.30 | 20,861.20 |
| **TOTAL EXPENSES** | | | 1,138.03 | | |

If no objections to the Statements are received on or before the Objection Deadline set forth below, Debtor will pay to Krigel & Krigel, P.C. 100% of the fees, subject to the 20% Holdback (as defined in the Motion to Pay Monthly) and 100% of the expenses identified in the Statements.

Krigel & Krigel, P.C. respectfully requests and reserves the right to supplement this application with additional time descriptions or other material, as appropriate, after determining all questions, comments or objections from all parties.

NOTICE FOR OBJECTIONS TO ATTORNEYS' FEES AND EXPENSES

Notice is given to creditors and parties in interest that they have until April 8, 2022, to file a written objection to the Notice of Attorneys' Fees and Expenses for February 2022. A copy of the objection must be served on the Debtor's counsel, the United States Trustee and on any parties registered through the Court's ECF system. Documents can be filed electronically at http://ecf.mowb.uscourts.gov.

For information about- electronic filing, go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the objection and, if applicable, set out actions to remedy the particular problem. If an objection is filed, the Court will schedule the objection for hearing. If no objections are filed, the Debtor's counsel may pay itself for the fees and expenses from funds on hand, without further notice to creditors.

KRIGEL & KRIGEL, P.C.

/s/Erlene W. Krigel
Erlene W Krigel, MO Bar #29416
4520 Main Street Suite 700
Kansas City, Missouri 64111
TEL: (816) 756-5800
FAX: (816) 756-1999
ekrigel@krigelandkrigel.com
ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of March 2022, a true and correct copy of the Notice along with the monthly statements were emailed or mailed to the US Trustee, the secured creditors Woodmen of the World, C. Floyd Anderson, Optima LLC, Citizens Bank & Trust, Ford Motor Credit and to all other parties in interest and creditors listed on the Court's ECF noticing system.

      /s/ Erlene W. Krigel
      Erlene W. Krigel