# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| *In re* <br><br> **Interstate Underground Warehouse and Industrial Park, Inc.,** <br><br> **Debtor** | **Case No.  21-40834** <br> **Chapter 11** |

## THIRD STIPULATED MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO PROPOSED PLAN OF REORGANIZATION

Debtor Interstate Underground Warehouse and Industrial Park, Inc. and Creditors Empire Holding, Inc., U.S. Patriot Services, American Veteran KCA, and American Veteran STLA (collectively "Empire") by and through their respective undersigned counsel hereby move this Court for an extension of time up to and including Tuesday, July 5, 2022, for Empire to file an objection to the *Debtor's Third Amended Plan of Reorganization* ("Plan") (Doc. No. 423).  In support of this motion the parties state as follows.

Empire and the Debtor are parties to a *Storage and Delivery Agreement* ("Agreement"). Section 6.2 of the Debtor's Plan proposes to reject this Agreement and Empire is asserting that if the Agreement is rejected then it is entitled to exercise its rights under 11 U.S.C. § 365(h).  The parties have been making progress in their settlement discussions to resolve their differences but a resolution has still not been reached yet.  This Court has previously granted stipulated motions which extended the deadline for Empire to object to the Plan to June 216, 2022 (*See* Doc. Nos. 441 and 462).  As the Court is aware, the Debtor filed a motion to continue the hearing date on the Plan for a period of 60-days.  Doc. No. 456.  The Court had a telephonic status on that matter for Tuesday, June 21 wherein it continued the hearing on the Plan.

Empire and the Debtor are continuing to negotiate in good faith and are hopeful that a resolution can be reached.  The parties have agreed that a modest extension of the Plan objection

deadline to July 5 for Empire is agreeable as that should be sufficient time to enable the parties to see if their differences can be resolved.

WHEREFORE, the parties request that this Court enter an Order extending the deadline up to and including Tuesday, July 5, 2022 for Empire to object to the Plan.

Dated: June 21, 2022.

Respectfully submitted,

| KRIGEL & KRIGEL, P.C. | HUSCH BLACKWELL LLP |
|---|---|
| */s/ Erlene W. Krigel*<br>Erlene W. Krigel, No. 29416<br>4520 Main Suite 700<br>Kansas City, Missouri 64111<br>Telephone: (816) 756-5800<br>Facsimile: (816) 756-1999<br>*Counsel for Interstate Underground Warehouse and Industrial Park, Inc.* | */s/ Michael D. Fielding*<br>Michael D. Fielding, MO 53124<br>4801 Main Street, Suite 1000<br>Kansas City, MO  64112<br>Telephone:    (816) 983-8000<br>Facsimile:     (816) 983-8080<br>michael.fielding@huschblackwell.com<br><br>*Counsel for Creditors Empire Holding, Inc., U.S. Patriot Services, American Veteran KCA, and American Veteran STLA* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, the above and foregoing document was filed electronically using CM/ECF and a true and correct copy of the above and foregoing was served as follows:

X\_\_\_\_\_ upon filing, the Court's electronic noticing systems and sent notice to all parties participating in the CM/ECF system in this matter.

*/s/ Michael D. Fielding*
Michael D. Fielding MO 53124