UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re:  INTERSTATE UNDERGROUND WAREHOUSE   )
       AND INDUSTRIAL PARK, INC.   )   Case. No. 21-40834-DRD
            Debtor.   )   Chapter 11
                      )

## DEBTOR'S WITNESS LIST

The Debtor may call the following witnesses at the hearing on Objections to Amended Proof of Claim of Wayne Reeder now set for July 19, 2022 at 9:00 a.m.:

1. Leslie Reeder, CEO of the Debtor

2. Amanda Plotner, Employee of the Debtor

3. Dennis Speer, Employee of the Debtor

4. Thomas Fritzlen, Jr., attorney for Defendants in civil action brought by Wayne Reeder against Leslie Reeder, Sammy Jo Reeder and Stacy Robinson, Case No. 2016-CV12471, now pending in the Circuit Court of Jackson County, Missouri

5. Sammy Jo Reeder, Sole Shareholder of Debtor

6. Wayne Reeder, Claimant

7. Any witnesses needed for rebuttal

8. Any witnesses on any other party's Witness List

KRIGEL & KRIGEL, P.C.

/s/ Erlene W. Krigel
Erlene W. Krigel, No. 29416
4520 Main Street, Suite 700
Kansas City, Missouri 64111
TEL: 816-756-5800
FAX: 816-756-1999
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

   I hereby certify that on this 12th day of July, 2022, a true and correct copy of the above and foregoing was either mailed via U.S. Mail, postage prepaid, to all parties in interest and creditors listed on the ECF noticing system.

          /s/ Erlene W. Krigel
           Erlene W. Krigel