# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-40834-drd |
| INTERSTATE UNDERGROUND WAREHOUSE ) | Chapter 11 |
| AND INDUSTRIAL PARK, INC ) | |
| ) | |
| Debtor. ) | |

## WITHDRAWAL OF COUNSEL AND
## ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

Pursuant to Local Rule 2091-1(A), Scott J. Goldstein and Zachary R. G. Fairlie of Spencer Fane LLP request leave to withdraw as counsel for Citizens Bank & Trust Company ("Citizens Bank"), in the above-captioned action. Notice of this withdrawal will be served on Citizens Bank, other counsel of record, and on the United States Trustee pursuant to Local Rule 2091-1(A).

Laurence M. Frazen and William J. Easley of Bryan Cave Leighton Paisner, LLP hereby enter their appearances as counsel for Citizens Bank in the above-captioned action.

Respectfully submitted,

**SPENCER FANE LLP**

By: */s/ Zachary R. G. Fairlie*
  Scott J. Goldstein    MO 28698
  Zachary R. G. Fairlie  MO 68057
  1000 Walnut, Suite 1400
  Kansas City, MO 64106
  Telephone: (816) 474-8100
  Facsimile: (816) 474-3216
  sgoldstein@spencerfane.com
  zfairlie@spencerfane.com

ATTORNEY FOR CITIZENS BANK & TRUST COMPANY

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ William J. Easley*

    Laurence M. Frazen   MO 31309
    William J. Easley     MO 70041
    1200 Main St., Suite 3800
    Kansas City, MO 64105
    Telephone: (816) 374-3200
    Facsimile: (816) 374-3300
    lmfrazen@bclplaw.com
    rmthompson@bclplaw.com
    will.easley@bclplaw.com

ATTORNEY FOR CITIZENS BANK & TRUST COMPANY

## CERTIFICATE OF SERVICE

    I certify that on July 26, 2022, the foregoing was electronically filed through the Court's electronic filing system, which will send notification of the filing to all counsel of record and by U.S. mail to the following:

Adam E. Miller
Office of the United States Trustee
400 E. 9th St., Ste. 3440
Kansas City, MO 64106

and

Citizens Bank and Trust Company
c/o Kenneth R. Roberson
8405 N. Oak Trafficway
Kansas City, MO 64153

                              */s/ William J. Easley*
                              Attorney for Citizens Bank & Trust Company