IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re Interstate Underground Warehouse and Industrial Park, Inc., <br><br> **Debtor** | Case No. 21-40834-DRD-11 <br><br> Chapter 11 |

## WITNESS LIST FOR OCTOBER 4, 2022 EVIDENTIARY HEARING ON CONFIRMATION OF FOURTH AMENDED CHAPTER 11 PLAN AND APPROVAL OF THIRD AMENDED DISCLOSURE STATEMENT

**NOW COMES** Creditor and Objector to Plan Confirmation Richard Turner ("Turner"), by and through counsel, and hereby submits this Witness List for the evidentiary hearing set for October 4, 2022 on the Debtor's Fourth Amended Chapter 11 Plan, the Third Amended Disclosure Statement, and the objections thereto filed by Turner:

1. Richard Turner, objecting creditor

2. Leslie Reeder, CEO of the Debtor

3. Terry Williams, Custom Refrigeration Solutions

4. Brian McGowan, Aerarius, LLC.

5. Unknown representative of Citizens Bank

6. Unknown representative of CBIZ MHM, accountants for the Debtor.

7. Any witnesses designated by the Debtor, the United States Trustee, or any other party in interest.

Respectfully submitted this 27th of September, 2022

/s/ Ryan A. Blay
WM LAW
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
Email: blay@wagonergroup.com
Counsel for Richard Turner, Creditor

## CERTIFICATE OF SERVICE

On September 27, 2022, the undersigned caused a copy of the above Witness List to be filed with the United States Bankruptcy Court for the Western District of Missouri. Parties scheduled to receive notice through the Court's CM/ECF Electronic notice received a copy of the above pleading.

/s/ Ryan A. Blay
WM LAW
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909
Fax (913) 428-8549
Email: blay@wagonergroup.com
Counsel for Richard Turner, Creditor